```
GERALD WOLFE (SBN 180599)
6B LIBERTY, SUITE 210
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE (949)257-0961
FACSIMILE (949)878-4840


ATTORNEY FOR DEBTORS
GUY AND AMY HUGAERT
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>GUY AND AMY HUGAERT<br><br>Debtors, | CASE NO. 8:09-BK-19817-RK<br><br>CHAPTER: 7<br>JUDGE: ROBERT N. KWAN<br><br>NOTION OF MOTION AND MOTION AUTHORIZING ABANDONMENT OF REAL PROPERTY; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF GERALD WOLFE<br><br><br>DATE: December 15, 2009<br>TIME:. 2:30 PM<br>COURTROOM: 5D |

**TO THE HONORABLE JUDGE ROBERT KWAN, THE CHAPTER 7 TRUSTEE KAREN S NAYLOR AND ALL INTERESTED PARTES:**

PLEASE TAKE NOTICE that at the date, time and place stated above or as soon thereafter as the matter may be heard, the Debtor's Guy and Amy Hugaert ("Hugaert's") will and does hereby move this Court pursuant to 11 U.S.C. § 554(b) for a Motion to Compel Abandonment of real property commonly known as: 8311 E. Starcrest Court, Anaheim, CA 92808 ("Property")

///

1  The motion is and will be made upon the grounds that said real estate is burdensome and
2  of inconsequential value to this estate and is and will be based upon this notice, the
3  memorandum of points and authorities including the declaration of Guy and Amy Hugaert
4  submitted herewith and upon such other and further matters as the Court might consider at time
5  of hearing.

7  Dated: November 25, 2009

                                                By:    /s/ Gerald Wolfe
                                                       GERALD WOLFE
                                                       Attorney for Debtors

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.   FACTS

This Chapter 7 case was commenced on September 16, 2009 by Debtors' Guy and Amy Hugaert. On October 28, 2009 Debtors attended their 341(a) meeting of creditors, where they informed the chapter 7 trustee that they had accepted an offer to purchase their home from a qualified buyer.

According to two different Uniform Residential Appraisal Reports, Debtors Property was listed for fair market value of $565,000. (See Exhibit "A" and "B") Debtors Property was listed on Schedule A of their chapter 7 petition (Exhibit "C") at $575,000. Further, according to Schedule D of their chapter 7 petition (Exhibit "D") Indymac Bank has a secured claim of $450,000 on the property.

Debtors listed said Property for sale on September 25, 2009 and has received two offers, one for $560,000 and the other for $565,000.

## II.   ARGUMENT

According to 11 U.S.C. § 554 (b): "On request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate."

Debtors' submit that the real estate which is the subject of this motion is both burdensome and of inconsequential value. As stated previously, in this case the value of Debtors' interest in the real estate, without deducting any secured claim or exemption is approximately $565,000.00.

Further, the amount of secured claim is $450,000.00 creating equity in the approximate amount of $115,000. After subtracting Debtors exempt amount under *CCP section 704.730* of $75,000.00 (Exhibit "E") plus the costs of sale, which are detailed on the U.S. Department of Housing and Urban Development ("HUD") (Exhibit "F") the case to seller would be $67,559.04. The amount going to seller is approximately $8,000 less than the exempt amount due to debtors.

///

In light of the above facts and because the Property at issue has been listed for fair market value and the offers that have come in have been for fair market value, the Property is of inconsequential value to the chapter 7 trustee and burdensome to the estate. Debtors submits that the real estate which is the subject of this motion is of inconsequential value.

### III. CONCLUSION

For the reasons stated, Debtors' motion should be granted.

DATE: November 25, 2009

                                             /s/ Gerald Wolfe
                                             GERALD WOLFE
                                             Attorney for Debtors'

| In re: Janet and Michael Anderson | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 8:09-bk-15510-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6B Liberty Suite 210
Aliso Viejo, CA 92656

A true and correct copy of the foregoing document described _____ Notice of Motion and Motion to Authorizing Abandonment of Real Property _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **11/25/09** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Karen S. Naylor**
acanzone@burd-naylor.com

**United States Trustee (SA)**
ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **11/25/2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Judge Robert Kwan, United States Bankruptcy Court, 411 West Fourth Street, Suite 5165 Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/25/2009 | Samer Nahas | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                              F 9013-3.1