# EXHIBIT "A"

# RESIDENTIAL APPRAISAL REPORT



**Property Location:**

6311 E STARCREST CT

N TR 14192 LOT 39

ANAHEIM, CA 92808-2623

**Borrower:**

JANSSEN

**Client:**

RMC VANGUARD

1111 NORTH LOOP WEST

HOUSTON, TX 77008

**Effective Date:**

11/04/2009

**Prepared By:**

CHANNING LUKE-SILVER

CERTIFIED RESIDENTIAL APPRAISER

1724 PROFESSIONAL DR

SACRAMENTO, CA 95825

WESTERN NATIONAL APPRAISALS
1724 PROFESSIONAL DR
SACRAMENTO, CA 95825

RMC VANGUARD
1111 NORTH LOOP WEST
HOUSTON, TX 77008

Re:    Property:    8311 E STARCREST CT
                    ANAHEIM, CA 92808-2623
       Borrower:    JANSSEN
       File No.:    91372

In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

CHANNING LUKE SILVER

| Borrower/Client | JANSSEN | | | File No. | 91372 | |
|---|---|---|---|---|---|---|
| Property Address | 8311 E STARCREST CT | | | | | |
| City | ANAHEIM | County | ORANGE | State | CA | Zip Code 92808-2423 |
| Lender | RMC VANGUARD | | | | | |

## TABLE OF CONTENTS

Cover Page ............................................................................................................................................. 1
Letter of Transmittal ............................................................................................................................ 2
Summary of Salient Features ............................................................................................................... 3
URAR ..................................................................................................................................................... 4
Additional Comps 4-6 ......................................................................................................................... 10
Market Conditions Addendum to the Appraisal Report ................................................................... 11
Supplemental Addendum .................................................................................................................... 12
Subject Photos ..................................................................................................................................... 13
Subject Photos ..................................................................................................................................... 14
Subject Photos ..................................................................................................................................... 15
Subject Photos Interior ....................................................................................................................... 16
Building Sketch (Page - 1) .................................................................................................................. 17
Plat Map ............................................................................................................................................... 18
Comparable Photos 1-3 ...................................................................................................................... 19
Comparable Photos 4-6 ...................................................................................................................... 20
Location Map ........................................................................................................................................ 21
LICENSE ............................................................................................................................................... 22
E & O .................................................................................................................................................... 23

# SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| Subject Address | 8311 E STARCREST CT | |
| Legal Description | N TR 14192 LOT 39 | |
| City | ANAHEIM | |
| County | ORANGE | |
| State | CA | |
| Zip Code | 92808-2623 | |
| Census Tract | 0219.23 | |
| Map Reference | 771-C2 | |

| SALES PRICE | | |
|---|---|---|
| Sale Price | $ 565,088 | |
| Date of Sale | 10/20/2009 | |

| CLIENT | | |
|---|---|---|
| Borrower/Client | JANSSEN | |
| Lender | RMC VANGUARD | |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| Size (Square Feet) | 1,931 | |
| Price per Square Foot | $ 292.64 | |
| Location | STREET/AVG | |
| Age | A17/E7 | |
| Condition | AVERAGE | |
| Total Rooms | 8 | |
| Bedrooms | 4 | |
| Baths | 2.5 | |

| APPRAISER | | |
|---|---|---|
| Appraiser | CHANNING LUKE-SILVER | |
| Date of Appraised Value | 11/04/2009 | |

| VALUE | | |
|---|---|---|
| Final Estimate of Value | $ 555,000 | |

Main File No. 91372| Page #4

# Uniform Residential Appraisal Report
File # 91372

048-5717255 FHA

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | | | |
|---|---|---|---|
| Property Address 8311 E STARCREST CT | City ANAHEIM | State CA | Zip Code 92808-2623 |
| Borrower JANSSEN | Owner of Public Record HUIGAERT | | County ORANGE |

Legal Description N JR 14192 LOT 39

| | | | |
|---|---|---|---|
| Assessor's Parcel # 354-531-05 | | Tax Year 2009-2010 | R.E. Taxes $ 4,030 |
| Neighborhood Name TRACT 14192 | | Map Reference 771-C2 | Census Tract 0219.22 |

Occupant ☒ Owner ☐ Tenant ☐ Vacant   Special Assessments $ N/A   ☒ PUD   HOA $ 120   ☐ per year ☒ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☒ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe)

Lender/Client RMC VANGUARD   Address 1111 NORTH LOOP WEST, #250, HOUSTON, TX 77008

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?   ☒ Yes ☐ No

Report data source(s) used, offering price(s), and date(s). PER MLS SALE. SUBJECT IS CURRENTLY LISTED AS BACK UP OFFERS BEING ACCEPTED. LISTED 09/25/2009 DOM 27. LISTED FOR
$565,000

I ☒ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not
performed. APPEARS AS TYPICAL TRANSACTION.

| | | | |
|---|---|---|---|
| Contract Price $ 565,088 | Date of Contract 10/20/2009 | Is the property seller the owner of public record? ☒ Yes ☐ No   Data Source(s) TAX RECORDS | |

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?   ☒ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.   $4500   UP TO $4500 TOWARDS LENDER REQUIRED REPAIRS AND HAS NO EFFECT ON VALUE.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE $ (000) | AGE (yrs) | One-Unit | 90 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | Low 445 | 12 | 2-4 Unit | 2 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | Marketing Time ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | | | High 680 | 20 | Multi-Family | 1 % |
| | | | | | | | Commercial | 2 % |
| | | | | | Pred. 557 | 17 | Other | 5 % |

Neighborhood Boundaries S WEIR CANYON RD TO THE NORTH. CA HWY 241 TO THE EAST. THE MATURE CONSERVANCY TO THE SOUTH
AND ANAHEIM HILLS GOLD COURSE TO THE WEST.

Neighborhood Description THE SUBJECT IS IN THE COUNTY OF ORANGE IN THE CITY OF ANAHEIM IN A SUBDIVISION CALLED TRACT 14192. JUST SOUTH OF S WEIR CANYON RD. COMMUNITY
CONSISTS OF MAINLY SINGLE FAMILY HOMES OF VARIOUS QUALITY. ADJACENT TO ANAHEIM. SUBJECT IS CLOSE TO SHOPPING AND EMPLOYMENT AREAS IN ORANGE COUNTY. MAINTENANCE OF
THE AREA IS DEEMED TO BE TYPICAL WITH NO FACTORS PRESENT TO AFFECT VALUE.

Market Conditions (including support for the above conclusions). SEE 1004MC FORM ATTACHED.

| | | | |
|---|---|---|---|
| Dimensions REFER TO PLAT MAP | Area 4,522 SQFT | Shape RECTANGULAR | View LOCAL |

Specific Zoning Classification R1   Zoning Description SINGLE FAMILY RESIDENCE

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?   ☒ Yes ☐ No   If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street ASPHALT | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | X | Alley NONE | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 0609PC0180H   FEMA Map Date 2/18/2004

Are the utilities and off-site improvements typical for the market area?   ☒ Yes ☐ No   If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?   ☐ Yes ☒ No   If Yes, describe

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☒ Concrete Slab | ☐ Crawl Space | Foundation Walls | SLAB/CEMENT/AVG | Floors | CRPT/TILE/AVG |
| # of Stories 2 | | ☐ Full Basement | ☐ Partial Basement | Exterior Walls | STUCCO/AVG | Walls | DRYWALL/AVG |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | | Basement Area NONE sq.ft. | | Roof Surface | TILE/AVG | Trim/Finish | WOOD/PAINT/AVG |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish N/A % | | Gutters & Downspouts | NONE | Bath Floor | TILE/AVG |
| Design (Style) CONTEMPORARY | | ☐ Outside Entry/Exit | ☐ Sump Pump | Window Type | DBL/VINYL/AVG | Bath Wainscot | FIBERGLASS/AVG |
| Year Built 1992 | | Evidence of ☐ Infestation | | Storm Sash/Insulated | N/A | Car Storage | ☐ None |
| Effective Age (Yrs) 7 | | ☐ Dampness | ☐ Settlement | Screens | METAL/AVG | ☒ Driveway # of Cars 2 |
| Attic | ☒ None | Heating ☒ FWA | ☐ HWBB ☐ Radiant | Amenities | ☐ Woodstove(s) # | Driveway Surface CONCRETE |
| ☐ Drop Stair | ☐ Stairs | ☐ Other | Fuel GAS | ☒ Fireplace(s) # 1 | ☒ Fence WOOD | ☒ Garage # of Cars 2 |
| ☐ Floor | ☐ Scuttle | Cooling ☒ Central Air Conditioning | | ☒ Patio/Deck REAR | ☐ Porch | ☐ Carport # of Cars |
| ☐ Finished | ☐ Heated | ☐ Individual | ☐ Other | ☐ Pool | ☐ Other | ☐ Att. ☐ Det. ☐ Built-in |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☐ Washer/Dryer ☐ Other (describe)

Finished area above grade contains:   8 Rooms   4 Bedrooms   2.5 Bath(s)   1,931 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.). STANDARD KITCHEN APPLIANCES. WATER HEATER. FURNACE. CENTRAL HEAT AND AIR.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). THERE ARE NO PHYSICAL, FUNCTIONAL OR EXTERNAL INADEQUACIES
WHICH NEGATIVELY AFFECT THE VALUE OF THE PROPERTY. NORMAL PHYSICAL DEPRECIATION BASED ON EFFECTIVE LIFE AND CONDITION OF THE SUBJECT PROPERTY.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?   ☐ Yes ☒ No   If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?   ☒ Yes ☐ No   If No, describe

| | | |
|---|---|---|
| Freddie Mac Form 70 March 2005 | Page 1 of 6 | Fannie Mae Form 1004 March 2005 |

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Uniform Residential Appraisal Report

048-5717255 FHA
File # 91372

| There are | 35 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ | 459,000 | to $ | 675,000 | . |
| There are | 11 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ | 445,000 | to $ | 680,000 | . |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 8311 E STARCREST CT | 8606 E CANYON VISTA DR | | 1007 S SILVER STAR WAY | | 8371 E QUIET CANYON CT | |
| | ANAHEIM, CA 92808-2623 | ANAHEIM | | ANAHEIM | | ANAHEIM | |
| Proximity to Subject | | 0.67 miles N | | 0.14 miles NW | | 0.20 miles NW | |
| Sale Price | $ 565,088 | | $ 580,000 | | $ 560,000 | | $ 520,000 |
| Sale Price/Gross Liv. Area | 292.64 sq.ft. | 242.68 sq.ft. | | 282.83 sq.ft. | | 281.08 sq.ft. | |
| Data Source(s) | | MLS# P689985  DOC# 416779 | | MLS# P665558  DOC# 565742 | | MLS# P679361 - DOC# 428341 | |
| Verification Source(s) | | $567,450 - DOM 12 | | $575,000 - DOM 341 | | $499,900 - DOM 82 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | CNVTL $380,000 | | CNVTL $448,000 | | FHA $473,442 | |
| Concessions | | NONE NOTED | | NONE NOTED | | NONE NOTED | |
| Date of Sale/Time | | 08/03/2009 | | 10/16/2009 | | 08/10/2009 | |
| Location | STREET/AVG | SIMILAR | | SIMILAR | | SIMILAR | |
| Leasehold/Fee Simple | Fee Simple | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 4,522 SQFT | 6,979 SQFT | -2,500 | 4,623 SQFT | | 4,502 SQFT | |
| View | LOCAL | SIMILAR | | SIMILAR | | SIMILAR | |
| Design (Style) | CONTEMPORARY | SIMILAR | | SIMILAR | | SIMILAR | |
| Quality of Construction | AVERAGE | SIMILAR | | SIMILAR | | SIMILAR | |
| Actual Age | A17/E7 | A16/E7 | | A16/E7 | | A17/E7 | |
| Condition | AVERAGE | SIMILAR | | SIMILAR | | SIMILAR | |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | |
| Room Count | 8  4  2.5 | 8  4  2.5 | | 7  3  2.5 | +10,000 | 7  3  2.5 | +10,000 |
| Gross Living Area | 1,931 sq.ft. | 2,390 sq.ft. | -23,000 | 1,980 sq.ft. | 0 | 1,850 sq.ft. | +4,100 |
| Basement & Finished | NONE | NONE | | NONE | | NONE | |
| Rooms Below Grade | PARCEL # | 354-243-02 | | 354-473-25 | | 354-472-08 | |
| Functional Utility | AVERAGE | SIMILAR | | SIMILAR | | SIMILAR | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | TYPICAL | SIMILAR | | SIMILAR | | SIMILAR | |
| Garage/Carport | 2 GARAGE | 2 GARAGE | | 2 GARAGE | | 2 GARAGE | |
| Porch/Patio/Deck | PORCH,PATIO | SIMILAR | | SIMILAR | | SIMILAR | |
| FIREPLACE | 1 FIREPLACE(S) | 1 FIREPLACE(S) | | 1 FIREPLACE(S) | | 1 FIREPLACE(S) | |
| HARDSCAPING | AVERAGE | SIMILAR | | SIMILAR | | SIMILAR | |
| POOL/SPA | NO POOL/SPA | NO POOL/SPA | | NO POOL/SPA | | NO POOL/SPA | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -25,500 | ☒ + ☐ - | $ 10,000 | ☒ + ☐ - | $ 14,100 |
| Adjusted Sale Price | | Net Adj. 4.4 % | | Net Adj. 1.8 % | | Net Adj. 2.7 % | |
| of Comparables | | Gross Adj. 4.4 % $ 554,500 | | Gross Adj. 1.8 % $ 570,000 | | Gross Adj. 2.7 % $ 534,100 | |

☐ I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)  REALIST.COM/NDCDATA.COM/ MLS
My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)  REALIST.COM/NDCDATA.COM/ MLS
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 05/29/2007 | 05/20/2009 | 01/14/2003 | 05/26/2004 |
| Price of Prior Sale/Transfer | INTERSPOUSAL DEED | $699,349 TRUSTEES DEED REO | INTERSPOUSAL DEED | TRANSFER TO SAME OWNER |
| Data Source(s) | REALIST | REALIST | REALIST | REALIST |
| Effective Date of Data Source(s) | 10/26/2009 | 10/26/2009 | 10/26/2009 | 10/26/2009 |

Analysis of prior sale or transfer history of the subject property and comparable sales    THE SUBJECT HAS SOLD WITHIN THE LAST 36 MONTHS.  COMPARABLE 1 HAS PREVIOUSLY SOLD
WITHIN THE LAST 12 MONTHS. ALL CLOSED SALES APPEAR TO BE ARMS LENGTH TRANSACTIONS

Summary of Sales Comparison Approach    THE COMPARABLES SELECTED BEST REPRESENT THE SUBJECT'S LOCATION, SIZE, AGE AND UTILITY, AS WELL AS THOSE THAT ARE MOST REPRESENTATIVE OF
CURRENT MARKET VALUE ACTIVITY IN THE SUBJECT NEIGHBORHOOD. ALTHOUGH NOT ALWAYS POSSIBLE, APPRAISER MADE ALL ATTEMPTS TO UTILIZE RECENT CLOSED, ACTIVE OR PENDING COMPS 90 DAYS
OR LESS.NO TIME OF SALE OR LIST TO SALE DISCOUNTS MADE FOR COMPS CLOSED, LISTED OR PENDING WITHIN NORMAL MARKETING TIME FRAMES OF 0-6 MONTHS TYPICALLY. EXCEPTIONS MAY APPLY.
ADDITIONALLY, DUE TO THE HIGH INVENTORY OF SHORT SALES AND FORECLOSURES WITHIN THE AREA, 1 OR MORE OR ALL COMPS MAY BE REO'S OR SHORT SALES AS THEY HAVE A DIRECT AFFECT IN THE
SUBJECT MARKET AND MAY NOT BE AVOIDED.  ADJUSTMENTS FOR COMPS MAY EXCEED TYPICAL NET/GROSS %'s DUE TO NECESSARY ADJUSTMENTS TO COMPENSATE FOR EXCESS LAND, CONDITION
ADJUSTMENTS, LIST DATE OR TIME OF SALE, ROOM COUNT DIFFERENCES, HARDSCAPING OR OTHER GRID LINE ITEMS.ALTHOUGH THE APPRAISED VALUE IS WITHIN THE NEIGHBORHOOD HIGH AND LOW
RANGE, OPINION OF VALUE MAY EXCEED PREDOMINANT VALUE AS THE PREDOMINANT VALUE IS A "TOTAL CULMINATION OF ALL VALUES" WITH DOWNWARD PRESSURE FROM SHORT SALE AND
FORECLOSURES AND MAY NOT DIRECTLY CORRELATE TO APPRAISED VALUE.

Indicated Value by Sales Comparison Approach $  555,000

Indicated Value by: Sales Comparison Approach $  555,000    Cost Approach (if developed) $  568,294    Income Approach (if developed) $
THE SALES COMPARISON APPROACH IS CONSIDERED THE MOST RELIABLE INDICATOR OF VALUE AND MOST REFLECTIVE OF BUYER/SELLER EXPECTATIONS. THUS, IS GIVEN PRIMARY SUPPORT.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$  555,000  , as of  11/04/2009  , which is the date of inspection and the effective date of this appraisal.

## Uniform Residential Appraisal Report

048-3717255 FHA
File # 91372

ADDITIONAL COMMENTS

SPREAD BETWEEN COMP VALUES MAY EXCEED 10% GUIDELINE DUE TO VARIED REASONS INCLUDING BUT NOT LIMITED TO THE LACK OF AVAILABILITY OF COMPS AT THE TIME OF INSPECTION WITHIN THE SUBJECT AREA OR NECESSARY USE OF SHORT SALE OR FORECLOSE (REO) COMPS.

GROSS LIVING AREA IS ADJUSTED AT  $50 PER SF +/- AND ROUNDED IF APPLICABLE.  EFFECTIVE AGE ADJUSTED +/- $1000 PER EFFECTIVE AGE YEAR IF APPLICABLE.

BATHROOMS ADJUSTED AT $2500 PER HALF AND $5000 PER FULL

BEDROOMS ADJUSTED AT $10,000 PER BEDROOM (IF APPLICABLE OR DEEMED NECESSARY BY THE MARKET)

LAND USE % "OTHER" IS DEEMED VACANT AND IS TYPICAL

This appraisal report has been prepared in compliance with HVCC Guidelines and Regulations. No employee, director, officer, or agent of the lender, or any other third party acting as a joint venture partner, independent contractor, appraisal management company, or partner on behalf of the lender has influenced or attempted to influence the development, reporting, result, or review of this assignment through coercion.

THE COST APPROACH HAS ONLY BEEN DEVELOPED BY THE APPRAISER AS AN ANALYSIS TO SUPPORT HIS OPINION OF THE PROPERTY'S MARKET VALUE.  USE OF THIS DATA, IN WHOLE OR PART, FOR OTHER PURPOSES IS NOT INTENDED BY THE APPRAISER.  NOTHING SET FORTH IN THE APPRAISAL SHOULD BE RELIED UPON FOR THE PURPOSE OF DETERMINING THE AMOUNT OR TYPE OF INSURANCE COVERAGE TO BE PLACED ON THE SUBJECT PROPERTY.  THE APPRAISER ASSUMES NO LIABILITY FOR AND MAKES NO GUARANTEE THAT ANY INSURABLE VALUE ESTIMATE INFERRED FROM THIS REPORT WILL RESULT IN THE SUBJECT PROPERTY BEING FULLY INSURED FOR ANY LOSS THAT MAY BE SUSTAINED.  FURTHER, THE COST APPROACH MAY NOT BE A RELIABLE INDICATION OF REPLACEMENT OR REPRODUCTION COST FOR ANY DATE OTHER THAN THE EFFECTIVE DATE OF THIS APPRAISAL DUE TO INFLATION, CHANGING COSTS OF LABOR AND MATERIALS AND DUE TO CHANGING BUILDING CODES AND GOVERNMENTAL REGULATIONS AND REQUIREMENTS.

SUBJECT MAY NOT MEET MINIMUM FHA REQUIREMENTS:

Some signs of wood-destroying insects were noted during our physical inspection.

BROKEN WINDOW IN REAR

FLAKING PAINT ON GARAGE ACCESS DOOR.

SUBJECT FOUNDATION IS ON A SLAB.  NO POOLING OF WATER OR DAMPNESS WAS APPARENT AT THE TIME OF INSPECTION

No site hazards were noted during our inspection. The subject is located within a newer neighborhood, thus overhead wires are not common within the area. The appraiser is not a soils specialist; however no obvious problems were noted with regards to soil issues. The grading appears to be adequate to prevent drainage problems. The property was easily accessible. No significant cracks or obvious structural problems were found, however the appraiser is not a construction or structural specialist. The roof was considered to be in average condition with no obvious flaws. All systems are assumed to be in good working order. No health or safety deficiencies were noted. The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil or structures which would render it more or less valuable. The appraiser assumes no responsibility for such conditions or for engineering which might be required to discover such factors. If the client or borrower has any questions regarding these items, it is their responsibility to order the appropriate inspections by a licensed contractor or home inspector. This report will be in home inspection and the appraiser assumes no responsibility for these items. No party may rely on this document without possessing the complete 6 pages of the report plus all exhibits. The client may use this appraisal for a single loan determination only (1 time use). Lead-based paint treatment per 24 CFR, part 35: All chipping, flaking or peeling paint on a structure built before 1978 must be removed only by hand sanding or hand scraping; a drop cloth must be used to collect all particles of paint; all particles must be disposed of outside the possibility of ingestion by humans; and the affected area must be repainted with two (2) coats of non-lead based paint to closely match in color.

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)  LAND VALUE IS TYPICAL FOR THE AREA AS DETERMINED BY THE ABSTRACTION METHOD. PHYSICAL DEPRECIATION IS BASED ON AGE/LIFE METHOD.

ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW

Source of cost data  WWW.BUILDING-COST.NET

Quality rating from cost service  GOOD  Effective date of cost data  11/04/2009

Comments on Cost Approach (gross living area calculations, depreciation, etc.)

COST REPLACEMENT FIGURES ARE TAKEN FROM WWW.BUILDING-COST.NET AND LOCAL

CONTRACTORS AND BUILDERS LAND VALUE IS TYPICAL FOR THE AREA AS DETERMINED BY THE ABSTRACTION METHOD. PHYSICAL DEPRECIATION IS BASED ON AGE/LIFE METHOD. THIS APPRAISAL REPORT HAS BEEN PREPARED WITHIN FNMA & FHLMC GUIDELINES WHICH DO NOT REQUIRE AN ESTIMATE OF REMAINING PHYSICAL LIFE.

Estimated Remaining Economic Life (HUD and VA only)  93 Years

| OPINION OF SITE VALUE | | =$ | 230,000 |
|---|---|---|---|
| DWELLING  1,933  Sq.Ft. @ $  165.87 | | =$ | 320,295 |
|   NONE  Sq.Ft. @ $ | | =$ | |
| APPLIANCES | | =$ | 10,000 |
| Garage/Carport  448  Sq.Ft. @ $  38.69 | | =$ | 17,333 |
| Total Estimate of Cost-New | | =$ | 347,628 |
| Less  Physical  Functional  External | | | |
| Depreciation  24,334 | | =$( | 24,334) |
| Depreciated Cost of Improvements | | =$ | 323,294 |
| "As-is" Value of Site Improvements | | =$ | 15,000 |
| INDICATED VALUE BY COST APPROACH | | =$ | 568,294 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No  Unit type(s) ☒ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

Total number of phases _____ Total number of units _____ Total number of units sold _____

Total number of units rented _____ Total number of units for sale _____ Data source(s) _____

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion. _____

Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source _____

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 91372 Page #7

## Uniform Residential Appraisal Report

048-5717255 FHA

File # 91372

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Uniform Residential Appraisal Report

048-5717255 FHA
File # 91372

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Uniform Residential Appraisal Report

048-5717255 FHA
File # 91372

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature _Channing Luke Silver_
Name  CHANNING LUKE SILVER
Company Name  WESTERN NATIONAL APPRAISALS
Company Address  1724 PROFESSIONAL DR. SACRAMENTO, CA 95825

Telephone Number  (916) 482-8603
Email Address  CHANNING@RREAPPRAISER.NET
Date of Signature and Report  November 09, 2009
Effective Date of Appraisal  11/04/2009
State Certification #  AR032961
or State License #
or Other (describe) _____  State #
State  CA
Expiration Date of Certification or License  1/27/2010

ADDRESS OF PROPERTY APPRAISED
8311 E STARCREST CT
ANAHEIM, CA 92808-2623
APPRAISED VALUE OF SUBJECT PROPERTY $  555,000
LENDER/CLIENT
Name  APPRAISAL S
Company Name  RMC VANGUARD
Company Address  1111 NORTH LOOP WEST, #250, HOUSTON, TX 77008

Email Address  APPRAISALS@RMCV.COM

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature _____
Name _____
Company Name _____
Company Address _____

Telephone Number _____
Email Address _____
Date of Signature _____
State Certification # _____
or State License # _____
State _____
Expiration Date of Certification or License _____

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
   Date of Inspection _____
☐ Did inspect interior and exterior of subject property
   Date of Inspection _____

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
   Date of Inspection _____

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 91372 | Page #10

# Uniform Residential Appraisal Report

048-5717255 FHA
File # 91372

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 8311 E STARCREST CT | 8370 E QUIET CANYON CT | | 1010 S SEDONA LN | | | |
| | ANAHEIM, CA 92808-2623 | ANAHEIM | | ANAHEIM | | | |
| Proximity to Subject | | 0.16 miles NW | | 0.36 miles NE | | | |
| Sale Price | $ 565,088 | | $ 599,900 | | $ 555,000 | | $ |
| Sale Price/Gross Liv. Area | 292.64 sq.ft. | 281.91 sq.ft. | | 236.17 sq.ft. | | sq.ft. | |
| Data Source(s) | | MLS# P707034 - LISTING | | MLS# K08150688 - LISTING | | | |
| Verification Source(s) | | $599,900 - DOM 31 | | $555,000 - DOM 275 | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ACTIVE LISTING | | ACTIVE LISTING | | | |
| Concessions | | SALE TO LIST 100% | | SALE TO LIST 100% | | | |
| Date of Sale/Time | | LISTED 10/08/2009 | | LISTED | | | |
| Location | STREET/AVG | SIMILAR | | SIMILAR | | | |
| Leasehold/Fee Simple | Fee Simple | FEE SIMPLE | | FEE SIMPLE | | | |
| Site | 4.522 SQFT | 4.106 SQFT | | 4.362 SQFT | | | |
| View | LOCAL | SIMILAR | | SIMILAR | | | |
| Design (Style) | CONTEMPORARY | SIMILAR | | SIMILAR | | | |
| Quality of Construction | AVERAGE | SIMILAR | | SIMILAR | | | |
| Actual Age | A17/E7 | A17/E7 | | A15/E15 | +8,000 | | |
| Condition | AVERAGE | SIMILAR | | INFERIOR-PER MLS | +10,000 | | |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 8 / 4 / 2.5 | 8 / 4 / 3 | | 8 / 5 / 3 | -10,000 | | |
| | | | | | -2,500 | | |
| Gross Living Area | 1,931 sq.ft. | 2,128 sq.ft. | -9,850 | 2,350 sq.ft. | -20,950 | sq.ft. | |
| Basement & Finished | NONE | NONE | | NONE | | | |
| Rooms Below Grade | | PARCEL # | | | | | |
| | | 354-471-25 | | 514-021-19 | | | |
| Functional Utility | AVERAGE | SIMILAR | | SIMILAR | | | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | | |
| Energy Efficient Items | TYPICAL | SIMILAR | | SIMILAR | | | |
| Garage/Carport | 2 GARAGE | 2 GARAGE | | 2 GARAGE | | | |
| Porch/Patio/Deck | PORCH,PATIO | SIMILAR | | SIMILAR | | | |
| FIREPLACE | 1 FIREPLACE(S) | 1 FIREPLACE(S) | | 1 FIREPLACE(S) | | | |
| HARDSCAPING | AVERAGE | SIMILAR | | SIMILAR | | | |
| POOL/SPA | NO POOL/SPA | NO POOL/SPA | | NO POOL/SPA | | | |
| Net Adjustment (Total) | | □ + ☒ - | $ -9,850 | □ + ☒ - | $ -15,450 | □ + □ - | $ |
| Adjusted Sale Price | | Net Adj. 1.6 % | | Net Adj. 2.8 % | | Net Adj. % | |
| of Comparables | | Gross Adj. 1.6 % | $ 590,050 | Gross Adj. 9.3 % | $ 539,550 | Gross Adj. % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 05/29/2007 | 03/28/2007 | 07/26/2004 | |
| Price of Prior Sale/Transfer | INTERSPOUSAL DEED | TRANSFER TO SAME OWNER | TRANSFER TO SAME OWNER | |
| Data Source(s) | REALIST | REALIST | REALIST | |
| Effective Date of Data Source(s) | 10/26/2009 | 10/26/2009 | 10/26/2009 | |

Analysis of prior sale or transfer history of the subject property and comparable sales    SEE MAIN SALES COMPARISON PAGE.

Analysis/Comments



ANALYSIS/COMMENTS

Freddie Mac Form 70 March 2005

Fannie Mae Form 1004 March 2005

Form 1004.(AC) — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 91372 Page #11
048-5717255 FHA
File No.  91372

## Market Conditions Addendum to the Appraisal Report

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 8311 E STARCREST CT | City ANAHEIM | State CA | ZIP Code 92808-2623 |
|---|---|---|---|---|

Borrower  JANSSEN

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 3 | 4 | 4 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 0.5 | 1.33 | 1.33 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 12 | 13 | 10 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Months of Housing Supply (Total Listings/Ab.Rate) | 24 | 9.75 | 7.5 | ☒ Declining | ☐ Stable | ☐ Increasing |

| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Median Comparable Sale Price | $595,000 | $582,500 | $557,500 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Median Comparable Sales Days on Market | 22 | 28 | 59.5 | ☐ Declining | ☐ Stable | ☒ Increasing |
| Median Comparable List Price | $562,000 | $549,900 | $575,000 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 40 | 99 | 59 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 100 | 101.12 | 100 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? ☒ Yes ☐ No | | | | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).    The data used in the grid above does not indicate there were any concessions associated with the reported transactions. However, this is not a mandatory reporting field for agents and there may be some transactions that do include concessions, but have not been reported. It is beyond the scope of this assignment to confirm each sale used in the Market Conditions Report.

Are foreclosure sales (REO sales) a factor in the market? ☒ Yes ☐ No    If yes, explain (including the trends in listings and sales of foreclosed properties).
The CARETS indicates there were 11 closed sales during the past 12 months and 2 of those sales were either foreclosures or short sales which is 18% of the total transactions in this market area.
Prior Months 7-12: 3 Sales: 1 foreclosures or short sales ; 33% of sales for this period. 4-6: 4 Sales; 1 foreclosures or short sales; 25% of sales for this period. 0-3: 4 Sales: 0 foreclosures or short sales;
0% of sales for this period.

Cite data sources for above information.    The CARETS was the data source used to complete the Market Conditions Addendum.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
PRICE/VALUE DECLINE AND EXCESS SUPPLY ARE DUE TO SPECULATIVE PURCHASING DURING 2004-2007, MOSTLY IN NEW AND RESALE AREAS THAT HAD HIGH ACTIVITY DURING THAT TIME. AS SHOWN, PROPERTIES COMPETITIVE TO THE SUBJECT WILL HAVE FOLLOWED AREA TRENDS TO A LESSER DEGREE. SEASONALITY OF 7-12 MONTH DATA, THOSE BEING THE PRIOR BUSY SUMMER MONTHS, MAY DEEM THAT TREND (DECLINING, STABLE OR INCREASING) MISLEADING. THE 4-6 MONTH AND CURRENT TO 3-MONTH PERIOD MAY BE DOWN SLIGHTLY DUE TO SEASON VARIATIONS, AS SALES ARE HIGHER MARCH-AUGUST VS. SEPTEMBER-FEBRUARY. ADDITIONALLY WHEN ANALYZING THE DATA TO ACCURATELY ASSESS TRENDS THE 7-12 MONTH DATA MUST BE DIVIDED BY TWO TO ACCURATELY VIEW THE TREND. OTHERWISE THE OVERALL TRENDS WILL BE SCEWED.
THIS FORM HAS BEEN COMPLETED TO THE BEST OF THE APPRAISER'S ABILITY USING LOCAL MLS DATA SOURCES AND SHOULD BE RELIED UPON OR DEEMED AS RELIABLE AS THOSE SOURCES PERMIT.
MEDIAN VALUES ARE NOT PROVIDED IN THE SPECIFIC MLS USED. AVERAGES HAVE BEEN USED AND DEEMED ACCEPTABLE FOR COMPLETION OF THIS FORM, HOWEVER MAY PROVIDE DIFFERENT VALUES THAN MEDIAN VALUES.

| If the subject is a unit in a condominium or cooperative project , complete the following: | | | Project Name: | | | |
|---|---|---|---|---|---|---|
| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project? ☐ Yes ☐ No    If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| Signature *(signed)* | Signature |
|---|---|
| Appraiser Name  CHANNING LUKE SILVER | Supervisory Appraiser Name |
| Company Name  WESTERN NATIONAL APPRAISALS | Company Name |
| Company Address  1724 PROFESSIONAL DR, SACRAMENTO, CA 95825 | Company Address |
| State License/Certification #  AR032961    State  CA | State License/Certification #    State |
| Email Address  CHANNING@REAPPRAISER.NET | Email Address |

## Supplemental Addendum

File No. 91372

| Borrower/Client | JANSSEN | | | | |
|---|---|---|---|---|---|
| Property Address | 8311 E STARCREST C1 | | | | |
| City | ANAHEIM | County ORANGE | | State CA | Zip Code 92808-2623 |
| Lender | RMC VANGUARD | | | | |

### MARKET CONDITIONS ADDENDUM 1004MC:

THIS FORM HAS BEEN COMPLETED TO THE BEST OF THE APPRAISER'S ABILITY USING LOCAL MLS DATA SOURCES AND SHOULD BE RELIED UPON OR DEEMED AS RELIABLE AS THOSE SOURCES PERMIT. MEDIAN VALUES ARE NOT PROVIDED IN THE SPECIFIC MLS USED, AVERAGES HAVE BEEN USED AND DEEMED ACCEPTABLE FOR COMPLETION OF THIS FORM, HOWEVER MAY PROVIDE DIFFERENT VALUES THAN MEDIAN VALUES. IN ORDER TO ALLOW FOR ACCURATE TREND ANALYSIS, THE 7-12 MONTH RANGE DATA HAS BEEN DIVIDED BY 2 TO BETTER CALCULATE TREND CONSISTENCY.

### CONDITIONS OF APPRAISAL

THIS APPRAISER HAS NO EXPERTISE IN ELECTRICAL, STRUCTURAL OR ENVIRONMENTAL AREAS, AND ASSUMES THERE ARE NO DEFECTS. THIS REPORT IS INTENDED FOR THE USE OF THE STATED LENDER ONLY. ANY OTHER USE IS NOT PERMITTED UNLESS WRITTEN PERMISSION IS OBTAINED BY THE STATED APPRAISER. THIS APPRAISAL REPORT IS INTENDED FOR USE IN THE MORTGAGE TRANSACTION ONLY. THIS REPORT IS NOT INTENDED FOR ANY OTHER USE.

### COST APPROACH

THE COST APPROACH HAS ONLY BEEN DEVELOPED BY THE APPRAISER AS AN ANALYSIS TO SUPPORT HIS OPINION OF THE PROPERTY'S MARKET VALUE. USE OF THIS DATA, IN WHOLE OR PART, FOR OTHER PURPOSES IS NOT INTENDED BY THE APPRAISER. NOTHING SET FORTH IN THE APPRAISAL SHOULD BE RELIED UPON FOR THE PURPOSE OF DETERMINING THE AMOUNT OR TYPE OF INSURANCE COVERAGE TO BE PLACED ON THE SUBJECT PROPERTY. THE APPRAISER ASSUMES NO LIABILITY FOR AND DOES NOT GUARANTEE THAT ANY INSURABLE VALUE ESTIMATE INFERRED FROM THIS REPORT WILL RESULT IN THE SUBJECT PROPERTY BEING FULLY INSURED FOR ANY LOSS THAT MAY BE SUSTAINED. FURTHER, THE COST APPROACH MAY NOT BE A RELIABLE INDICATION OF REPLACEMENT OR REPRODUCTION COST FOR ANY DATE OTHER THAN THE EFFECTIVE DATE OF THIS APPRAISAL DUE TO INFLATION, CHANGING COSTS OF LABOR AND MATERIALS AND DUE TO CHANGING BUILDING CODES AND GOVERNMENTAL REGULATIONS AND REQUIREMENTS. THERE ARE NO PHYSICAL, FUNCTIONAL OR EXTERNAL INADEQUACIES WHICH NEGATIVELY AFFECT THE VALUE OF THE PROPERTY. NORMAL PHYSICAL DEPRECIATION BASED ON EFFECTIVE LIFE AND CONDITION OF THE SUBJECT PROPERTY. CONDITION OF COMPARABLE SALES IS ADJUSTED BASED ON THEIR EFFECTIVE AGE. THE PROPERTY'S CONDITION AND APPEARANCE ARE WITHIN VARIATIONS FOR ITS AGE/MARKET STANDARDS.

### COMMENTS ON SALES COMPARISON APPROACH

ALL LINE ADJUSTMENTS ARE BASED ON EITHER COST NEW MINUS DEPRECIATION, PAIRED SALES ANALYSIS, MARKET DATA, AND/OR THE APPRAISER'S KNOWLEDGE OF THE SUBJECT'S MARKET AREA AND HISTORICAL DATA. IN CASE OF DISCREPANCIES AMONG DATA SOURCES, APPRAISER PLACED MORE WEIGHT ON MLS DATA (IF AVAILABLE) FOR DESCRIPTIVE INFORMATION AND NDCDATA/REALIST FOR RECORDING INFORMATION. APPRAISER TOOK THE MID-RANGE OF VALUE FROM THE BEST AVAILABLE SALES COMPARABLES, WHICH BRACKET THE SUBJECT'S GROSS LIVING AREA. ALL COMPARABLES HAVE SIMILAR NEIGHBORHOOD AND MARKETING INFLUENCES. ADJUSTMENTS ARE MADE TO THE COMPARABLES WHICH DIFFER FROM THE ABOVE CHARACTERISTICS BY MEANS OF COMPARABLE MARKET DATA. IN ORDER TO AVOID A DUPLICATION OF ADJUSTMENTS, ANY DIFFERENCE IN ROOM COUNT AND THE GROSS LIVING AREA HAVE BEEN ADJUSTED UNDER THE BASE DIFFERENCES. THE EFFECTIVE AGE IS ESTIMATED BASED UPON THE CURRENT ACTUAL AGE, IMPROVEMENTS OR UPGRADES, STYLE, DESIGN, MODERNIZATION AND CURRENT CONDITION. THE DESIGN, STYLE AND APPEAL OF THE STRUCTURE IN COMPARISON TO TODAYS STANDARDS OF HOUSING GREATLY AFFECTS THE EFFECTIVE AGE. ON THE MAIN SALES COMPARISON GRID (A/E) A=ACTUAL AGE AND E=EFFECTIVE AGE. ALL COMPARABLES ARE DETERMINED TO BE SIMILAR IN QUALITY AND UTILITY.

### FINAL RECONCILIATION

STANDARD LIMITING CONDITIONS APPLY. THE SALES COMPARISON APPROACH IS CONSIDERED THE MOST RELIABLE INDICATOR OF VALUE AND MOST REFLECTIVE OF BUYER/SELLER EXPECTATIONS, THUS, IS GIVEN PRIMARY SUPPORT. THE INCOME APPROACH WAS CONSIDERED INAPPLICABLE. IN THIS MARKET FEW SINGLE FAMILY HOUSES ARE RENTED AND THERE IS INSUFFICIENT DATA AVAILABLE TO DEVELOP EITHER AN ESTIMATED MARKET RENT OR A GRM.

THE VALUE REPORTED IS BASED UPON THE MARKET DATA APPROACH. THE DATES REPORTED IN THE SALES COMPARISON ARE CLOSED ESCROW DATES AND ARE VERIFIED THROUGH DOCUMENT NUMBERS. ALL CONDITION ADJUSTMENTS ARE MADE THROUGH THE EFFECTIVE AGE. ALL SALES INFORMATION IS VERIFIED THROUGH THE COUNTY RECORDS AS CONVEYED THROUGH NDCDATA. QUALITY ADJUSTMENTS ARE BASED ON OVERALL QUALITY AND NORMALLY NOT A SINGULAR ITEM, UNLESS EXPLAINED. THE DESIGN OF A STRUCTURE MAY BE CONSIDERED SUPERIOR IN QUALITY, SINCE THE DESIGN MAY BE MORE COSTLY TO CONSTRUCT. ALL ADJUSTMENTS ARE MADE THROUGH ABSTRACTION, WHEN POSSIBLE. THE PRIMARY SOURCE OF SALES INFORMATION IS THROUGH THE MULTIPLE LISTING SERVICE AND CALIFORNIA MARKET DATA. WHEN USING OTHER SOURCES PLEASE REFER TO THE MENTIONED NAMES AND TELEPHONE NUMBERS.

DIGITAL SIGNATURES: THIS REPORT MAY CONTAIN DIGITALLY-REPRODUCED SIGNATURES, WHICH ARE APPROVED BY FNMA, GNMA, FHA, AND HUD. THE TOTAL SOFTWARE PROGRAM ALLOWS AN APPRAISER TO ATTACH A DIGITALLY-REPRODUCED SIGNATURE BY ENTERING A SECRET PASSWORD KNOWN ONLY TO THE SIGNING APPRAISER. FURTHERMORE, AFTER THE REPORT IS DIGITALLY SIGNED, IT IS LOCKED AND CANNOT BE ALTERED BY ANYONE BUT THE SIGNING APPRAISERS.

## Subject Photo Page

| Borrower/Client | JANSSEN | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 8311 E STARCREST CT | | | | | |
| City | ANAHEIM | County | ORANGE | State | CA | Zip Code  92808-2623 |
| Lender | RMC VANGUARD | | | | | |



### Subject Front

8311 E STARCREST CT

| | |
|---|---|
| Sales Price | 565,088 |
| Gross Living Area | 1,931 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | STREET/AVG |
| View | LOCAL |
| Site | 4,522 SQFT |
| Quality | AVERAGE |
| Age | A17/E7 |



### Subject Rear



### Subject Street

**Subject Photo Page**

| Borrower/Client | JANSSEN | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 8311 E STARCREST CT | | | | | | |
| City | ANAHEIM | County | ORANGE | State | CA | Zip Code | 92808-2623 |
| Lender | RMC VANGUARD | | | | | | |



### Subject SIDE

8311 E STARCREST CT

| | |
|---|---|
| Sales Price | 565,088 |
| Gross Living Area | 1,931 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | STREET/AVG |
| View | LOCAL |
| Site | 4,522 SQFT |
| Quality | AVERAGE |
| Age | A17/E7 |



### Subject SIDE

Main File No. 91372| Page #15|

## Subject Photo Page

| Borrower/Client | JANSSEN | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 8311 E STARCREST CT | | | | | |
| City | ANAHEIM | County | ORANGE | State | CA | Zip Code | 92808-2623 |
| Lender | RMC VANGUARD | | | | | |



### BROKEN WINDOW IN REAR

8311 E STARCREST CT

| | |
|---|---|
| Sales Price | 565,088 |
| Gross Living Area | 1,931 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | STREET/AVG |
| View | LOCAL |
| Site | 4,522 SQFT |
| Quality | AVERAGE |
| Age | A17/E7 |



### POSSIBLE EVIDENCE OF
INFESTATION    AND FLAKING PAINT

**Subject Interior Photo Page**

| Borrower/Client | JANSSEN | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 8311 E STARCREST CT | | | | | |
| City | ANAHEIM | County | ORANGE | State | CA | Zip Code | 92808-2623 |
| Lender | RMC VANGUARD | | | | | |



**Subject Interior**

8311 E STARCREST CT

| | |
|---|---|
| Sales Price | 565,088 |
| Gross Living Area | 1,931 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | STREEE/AVG |
| View | LOCAL |
| Site | 4,572 SQFT |
| Quality | AVERAGE |
| Age | A17/E7 |



**Subject Interior**



**Subject Interior**

Main File No. 91372 Page # 17

## Building Sketch

| Borrower/Client | JANSSEN | | | | | |
|---|---|---|---|---|---|---|
| Property Address | ORANGE | | | | | |
| City | CA | County | 92808-7623 | State | RMC VANG | Zip Code | sketch1.wml |
| Lender | RMC VANGUARD | | | | | | |



Comments:

### AREA CALCULATIONS SUMMARY

| Code | Description | Net Size | Net Totals |
|---|---|---|---|
| GLA1 | First Floor | 976.0 | 976.0 |
| GLA2 | Second Floor | 954.5 | 954.5 |
| GAR | Garage | 448.0 | 448.0 |
| | | | |
| | Net LIVABLE Area | (Rounded) | 1931 |

### LIVING AREA BREAKDOWN

| Breakdown | | Subtotals |
|---|---|---|
| First Floor | | |
| 13.0 | x 32.0 | 416.0 |
| 4.0 | x 8.0 | 32.0 |
| 16.0 | x 31.5 | 504.0 |
| 3.0 | x 8.0 | 24.0 |
| Second Floor | | |
| 11.5 | x 21.5 | 247.3 |
| 3.0 | x 14.5 | 43.5 |
| 3.0 | x 11.0 | 33.0 |
| 3.5 | x 29.5 | 103.3 |
| 0.5 | x 8.0 | 4.0 |
| 15.5 | x 17.0 | 263.5 |
| 10.0 | x 26.0 | 260.0 |
| 11 Items | (Rounded) | 1931 |



Main File No. 91372 | Page #19

## Comparable Photo Page

| Borrower/Client | JANSSEN | | | | |
|---|---|---|---|---|---|
| Property Address | 8311 E STARCREST CT | | | | |
| City | ANAHEIM | County | ORANGE | State | CA | Zip Code | 92808-2623 |
| Lender | PMC VANGUARD | | | | |



### Comparable 1

8606 E CANYON VISTA DR

| | |
|---|---|
| Prox. to Subject | 0.67 miles N |
| Sales Price | 580,000 |
| Gross Living Area | 2,390 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | SIMILAR |
| View | SIMILAR |
| Site | 6,979 SQFT |
| Quality | SIMILAR |
| Age | A16/E7 |



### Comparable 2

1007 S SILVER STAR WAY

| | |
|---|---|
| Prox. to Subject | 0.14 miles NW |
| Sales Price | 560,000 |
| Gross Living Area | 1,980 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.5 |
| Location | SIMILAR |
| View | SIMILAR |
| Site | 4,623 SQFT |
| Quality | SIMILAR |
| Age | A16/E7 |



### Comparable 3

8371 E QUIET CANYON CT

| | |
|---|---|
| Prox. to Subject | 0.20 miles NW |
| Sales Price | 520,000 |
| Gross Living Area | 1,850 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.5 |
| Location | SIMILAR |
| View | SIMILAR |
| Site | 4,502 SQFT |
| Quality | SIMILAR |
| Age | A17/E7 |

Main File No. 91372 Page #20

## Comparable Photo Page

| | |
|---|---|
| Borrower/Client | JANSSEN |
| Property Address | 8311 E STARCREST CT |
| City | ANAHEIM |
| County | ORANGE |
| State | CA |
| Zip Code | 92808-2623 |
| Lender | RMC VANGUARD |

### Comparable 4



8370 E QUIET CANYON CT

| | |
|---|---|
| Prox. to Subject | 0.16 miles NW |
| Sales Price | 599,900 |
| Gross Living Area | 2,128 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3 |
| Location | SIMILAR |
| View | SIMILAR |
| Site | 4,106 SQFT |
| Quality | SIMILAR |
| Age | A17/E7 |

### Comparable 5



1010 S SEDONA LN

| | |
|---|---|
| Prox. to Subject | 0.36 miles NE |
| Sales Price | 555,000 |
| Gross Living Area | 2,350 |
| Total Rooms | 8 |
| Total Bedrooms | 5 |
| Total Bathrooms | 3 |
| Location | SIMILAR |
| View | SIMILAR |
| Site | 4,362 SQFT |
| Quality | SIMILAR |
| Age | A15/E15 |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

**Location Map**

| Borrower/Client | JANSSEN | | | | |
|---|---|---|---|---|---|
| Property Address | ORANGE | | | | |
| City | CA | County | 92808-2623 | State | RMC VANC | Zip Code | NellK11090LOC.jpg |
| Lender | RMC VANGUARD | | | | |



**Plat Map**

| Borrower/Client | JANSSEN | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 8311 E STARCREST CI | | | | | | |
| City | ANAHEIM | County | ORANGE | State | CA | Zip Code | 92808-2623 |
| Lender | RMC VANGUARD | | | | | | |



STATE OF CALIFORNIA

Business, Transportation & Housing Agency

**OFFICE OF REAL ESTATE APPRAISERS**

**REAL ESTATE APPRAISER LICENSE**

OREA APPRAISER IDENTIFICATION NUMBER

AR032961

**CHANNING E. LUKE-SILVER**

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title "Certified Residential Real Estate Appraiser".

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

Audit No. 103534

**OFFICE OF REAL ESTATE APPRAISERS**

Date Issued:  January 28, 2008
Date Expires:  January 27, 2010

## Plat Map

| Borrower/Client | JANSSEN | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 6311 E STARCREST CI | | | | | | |
| City | ANAHEIM | County | ORANGE | | State | CA | Zip Code 92808-2623 |
| Lender | RMC VANGUARD | | | | | | |



**FREA**

### COVER NOTE

**INSURED: Channing E Luke-Silver**

**MAILING ADDRESS: 4643 Utah Street**
San Diego, CA 92116

*This is to certify that the undersigned has procured insurance coverage as hereafter specified from certain companies and/or underwriters.*

**EFFECTIVE: 10/13/2009    EXPIRATION: 10/13/2010    RETROACTIVE: 10/13/2006**

**COVERAGE:** Professional Liability for Specified Professions

Profession: Real Estate Appraiser
Claims Made Form: MPL#26901 (9/87)
Limits: Per Occurence $1,000,000  Annual Aggregate $1,000,000
Deductible: $1,000

**CONDITIONS:**

Real Estate Agent/ Broker Referral Indemnity
Knowledge of Wrongful Act Exclusion
Pending and/or Prior Litigation Exclusion
Defense within Policy Limit
Deductible includes Loss Adjustment Expenses

**COMPANIES PARTICIPATING:**
National Union Fire Insurance Company of Pittsburg, PA

**ASSIGNED COVER NOTE # Z FREA 06-8565**

**CUSTOMER # 0033553**

Issued at:  4907 Morena Blvd., Suite 1415
San Diego, CA 92117

*KCarpenter*

**DATE: 10/08/2009**                    **By:**

Insurance, when effected shall be subject to all terms and conditions of policy (ies) which will be issued, and in event of any inconsistency herewith, the terms and provisions of the policy.

# EXHIBIT "B"

# Uniform Residential Appraisal Report
File # fha C#048-5717255

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | |
|---|---|
| Property Address 8311 E Starcrest Ct | City Anaheim  State CA  Zip Code 92808-2623 |
| Borrower Janssen  Owner of Public Record Hugaert | County Orange |

Legal Description N Tr 14192 Lot 38
Assessor's Parcel # 354 531 05    Tax Year 2009    R.E. Taxes $ 4,030
Neighborhood Name Anaheim Hills    Map Reference 771 C2    Census Tract 0219.23
Occupant ☒ Owner ☐ Tenant ☐ Vacant    Special Assessments $ n/a    ☒ PUD  HOA $ 120.00 ☐ per year ☒ per month
Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
Assignment Type ☒ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe)
Lender/Client  RMC Vanguard Mortgage Corp.  Address 1111 North Loop West, #250, Houston TX 77008
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☒ Yes ☐ No
Report data source(s) used, offering price(s), and date(s). MLS#S590570. LISTED FOR $565,000  LIST DATE 9/25/2009.

I ☒ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ 565,088  Date of Contract 10/20/2009  Is the property seller the owner of public record? ☒ Yes ☐ No  Data Source(s) Realist/MLS
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☒ No
If Yes, report the total dollar amount and describe the items to be paid.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | Property Values ☐ Increasing ☒ Stable ☐ Declining | PRICE  AGE | One-Unit 100 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | $ (000)  (yrs) | 2-4 Unit % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | 520 Low 13 | Multi-Family % |
| Neighborhood Boundaries  North - Weir Canyon Road, South - The Nature Conservancy, West - Fairmont | | 600 High 18 | Commercial % |
| Drive, East - (241). | | 560 Pred. 15 | Other % |

Neighborhood Description  Proximity to employment and shopping centers, schools, freeways and hospitals is typical for a suburban tract located within Orange County.

Market Conditions (including support for the above conclusions)  Conventional and FHA financing are prevalent in this market. General market trends for the last 36 months have seen a decline in home prices due to a prevalence of lender owned (REO) and short pay sales. Within the last several months, prices for homes have appeared to stabilize and in some neighborhoods increase**

| | | | |
|---|---|---|---|
| Dimensions See plat map | Area 4,522 +/- s.f. | Shape rectangular | View None |

Specific Zoning Classification R1    Zoning Description permits sfr's
Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street asphalt | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley none | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X  FEMA Map # 06059C0180H  FEMA Map Date 2/18/2004
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No  If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No  If Yes, describe
None apparent or disclosed to the appraiser at time of inspection. No legal, environmental or title documents provided to appraiser. Typical utility easements exist.

| General Description | Foundation | Exterior Description  materials/condition | Interior  materials/condition |
|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☒ Concrete Slab ☐ Crawl Space | Foundation Walls  concrete/average | Floors  carpet/average |
| # of Stories  two | ☐ Full Basement ☐ Partial Basement | Exterior Walls  stucco/average | Walls  drywall/average |
| Type ☒ Det. ☐ Att. ☐ S-Det/End Unit | Basement Area  n/a sq.ft. | Roof Surface  clay tile/average | Trim/Finish  paint/average |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish  % | Gutters & Downspouts yes/average | Bath Floor  tile/average |
| Design (Style)  two-story | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type  alum sldg/average | Bath Wainscot tile/average |
| Year Built  1993 | Evidence of ☐ Infestation | Storm Sash/Insulated  n/a | Car Storage ☐ None |
| Effective Age (Yrs) 15 | ☐ Dampness ☐ Settlement | Screens  yes/average | ☐ Driveway  # of Cars  2 |
| Attic ☐ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | Amenities ☐ Woodstove(s) # | Driveway Surface |
| ☐ Drop Stair ☐ Stairs | ☐ Other  Fuel gas | ☒ Fireplace(s) # 1 ☒ Fence wood | ☒ Garage  # of Cars  2 |
| ☐ Floor ☐ Scuttle | Cooling ☒ Central Air Conditioning | ☒ Patio/Deck conc. ☐ Porch covered | ☐ Carport  # of Cars |
| ☐ Finished ☐ Heated | ☐ Individual ☐ Other | ☐ Pool ☐ Other | ☒ Att. ☐ Det. ☐ Built-in |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☐ Washer/Dryer ☐ Other (describe)
Finished area above grade contains:  7 Rooms  4 Bedrooms  2.5 Bath(s)  2,014 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.).  None noted

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).  The subject is adequately maintained and in average overall condition. The subject is a two-story school home built in 1993. Upgrades include: granite kitchen counters, tile flooring, remodeled bathrooms with travertine tile and granite counters and new fixtures. See page 3 for repairs required.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No  If Yes, describe
No adverse environmental conditions that would affect the subject, site, improvements or immediate vicinity noted at time of inspection.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No  If No, describe

## Uniform Residential Appraisal Report

File # fha Cs#048-5717255

| | | | | | | |
|---|---|---|---|---|---|---|
| There are | 2 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 574,000 | | | to $ 599,900 | |
| There are | 32 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 520,000 | | | to $ 591,000 | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 8311 E Starcrest Ct | 8371 E. Quiet Canyon Court | | 1007 S. Silver Star | | 938 S. Silver Star Way | |
| | Anaheim, CA 92808-2623 | Anaheim, CA 92808 | | Anaheim, CA 92808 | | Anaheim, CA 92808 | |
| Proximity to Subject | | 0.20 miles NW | | 0.14 miles NW | | 0.25 miles NW | |
| Sale Price | $ 565,088 | | $ 520,000 | | $ 560,000 | | $ 591,000 |
| Sale Price/Gross Liv. Area | 280.58 sq.ft. | $ 281.08 sq.ft. | | $ 282.83 sq.ft. | | $ 278.77 sq.ft. | |
| Data Source(s) | | Realist/MLS | | Realist/MLS | | Realist/MLS | |
| Verification Source(s) | | Doc #428341  dom 82 | | Doc #565742  dom 299 | | Doc #428073  dom 15 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | fha | | conv. | | conv. | |
| Concessions | | 1st $473,442 | | 1st $448,000 | | 1st $471,720 | |
| Date of Sale/Time | | 8/10/2009 coe | | 10/16/2009 coe | | 8/7/2009 coe | |
| Location | average | similar | | similar | | similar | |
| Leasehold/Fee Simple | Fee Simple | fee simple | | fee simple | | fee simple | |
| Site | 4,522 +/- s.f. | 4501 s.f. | | 6000 s.f. | -1,500 | 5562 s.f. | -1,000 |
| View | None | none | | none | | none | |
| Design (Style) | two-story | similar | | similar | | similar | |
| Quality of Construction | average | similar | | similar | | similar | |
| Actual Age | 16 | 17 | | 16 | | 16 | |
| Condition | average | similar | | similar | | similar | |
| Above Grade | Total 7 Bdrms. 4 Baths 2.5 | Total 6 Bdrms. 3 Baths 2.5 | +4,000 | Total 6 Bdrms. 3 Baths 2.5 | +4,000 | Total 6 Bdrms. 3 Baths 3 | |
| Room Count | 2,014 sq.ft. | 1,850 sq.ft. | +6,500 | 1,980 sq.ft. | | 2,120 sq.ft. | -4,000 |
| Gross Living Area | | | | | | | |
| Basement & Finished | n/a | n/a | | n/a | | n/a | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | average | similar | | similar | | similar | |
| Heating/Cooling | fau/cac | fau/cac | | fau/cac | | fau/cac | |
| Energy Efficient Items | none noted | none noted | | none noted | | none noted | |
| Garage/Carport | 2 garage | 2 garage | | 2 garage | | 2 garage | |
| Porch/Patio/Deck | porch/patio | similar | | similar | | similar | |
| fireplace | fireplace | fireplace | | fireplace | | fireplace | |
| | | SHORT SALE | | STANDARD | | STANDARD | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 10,500 | ☒ + ☐ - | $ 2,500 | ☐ + ☒ - | $ -5,000 |
| Adjusted Sale Price | | Net Adj. 2.0 % | | Net Adj. 0.4 % | | Net Adj. 0.8 % | |
| of Comparables | | Gross Adj. 2.0 % | $ 530,500 | Gross Adj. 1.0 % | $ 562,500 | Gross Adj. 0.8 % | $ 586,000 |

☐ I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   Realist/MLS

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   Realist/MLS

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No prior sales w/n past | No prior sales w/n past | No prior sales w/n past | No prior sales w/n past |
| Price of Prior Sale/Transfer | 36 months | 12 months | 12 months | 12 months |
| Data Source(s) | Realist/Mls | Realist/MLS | Realist/MLS | Realist/MLS |
| Effective Date of Data Source(s) | 11/4/2009 | 11/4/2009 | 11/4/2009 | 11/4/2009 |

Analysis of prior sale or transfer history of the subject property and comparable sales    Nothing extraordinary.  **Seasonal factors are also weighing in as the summer months typically bring increased sales activity nationwide.  Recent data shows a decrease in days on market and multiple offer situations becoming more common.  Sales concessions were noted as some sellers are currently paying closing costs.

Summary of Sales Comparison Approach    Comps were chosen for most similar location, quality of construction, physical characteristics and upkeep - the comparables used were the best available at the time of inspection. Lot size adjustments made at $1 s.f. and GLA at $40/s.f.  Comp #1 adjusted for one less bedroom and smaller GLA (this comp appears to have sold lower than typical and is given least weight).  Comp #2 adjusted for larger lot and one less bedroom.  Comp #3 adjusted for larger lot and larger GLA.  Comp #4 adjusted for  larger GLA.  Comp #5 and #6 are both active listings used to demonstrate current market activity and adjusted downward at approx 2% since listings are often set high in order to test the market.  Comp #5 is adjusted for larger GLA.  Comp #6 adjusted for one less bedroom and smaller GLA.

Indicated Value by Sales Comparison Approach $  566,000

Indicated Value by Sales Comparison Approach $  566,000    Cost Approach (if developed) $  567,821    Income Approach (if developed) $
Comparables chosen reflect the lower-upper range of value.  The sales comparison approach is considered the most reliable indicator of value as it best reflects the actions of typical buyers and sellers in the open market.  The cost approach is given minimal consideration and the income approach is not applicable as the area is predominantly owner occupied.

This appraisal is made ☐ "as is*, ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☒ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: See page 3

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$  566,000 , as of    11/4/2009 , which is the date of inspection and the effective date of this appraisal.

## Uniform Residential Appraisal Report

File # fha Cs#048-5717255

**ADDITIONAL COMMENTS**

THE BUYERS RELIANCE ON THIS APPRAISAL IS LIMITED TO UTILIZATION FOR MAKING A DECISION TO PLACE A LOAN ON THE SUBJECT PROPERTY IF THEY RECEIVE A COPY OF THE APPRAISAL PRIOR TO THE RECORDING OF THE LOAN. THE APPRAISER ASSUMES THAT THERE ARE NO HIDDEN OR UNAPPARENT CONDITIONS OF THE PROPERTY. SUBSOIL OR STRUCTURES WHICH WOULD RENDER IT MORE OR LESS VALUABLE. THE APPRAISER ASSUMES NO RESPONSIBILITY FOR SUCH CONDITIONS OR FOR ENGINEERING WHICH MIGHT BE REQUIRED TO DISCOVER SUCH FACTORS. IF THE CLIENT OR BORROWER HAVE ANY QUESTIONS REGARDING THESE ITEMS, IT IS THEIR RESPONSIBILITY TO ORDER THE APPROPRIATE INSPECTIONS BY A LICENSED CONTRACTOR OR HOME INSPECTOR. THIS REPORT IS NOT A HOME INSPECTION AND THE APPRAISER ASSUMES NO RESPONSIBILITY FOR THESE ITEMS. NO PARTY MAY RELY ON THIS DOCUMENT WITHOUT POSSESSING THE COMPLETE 6 PAGES OF THE REPORT PLUS ALL EXHIBITS. THE SCOPE OF WORK COMPLETED WAS APPROPRIATE FOR THE NAMED CLIENT AND ANY INTENDED USES. BUT MAY NOT BE APPROPRIATE FOR OTHER THIRD PARTY USES, SUCH AS THE BORROWERS OR PROPERTY OWNERS. THE CLIENT MAY USE THIS APPRAISAL FOR A SINGLE LOAN DETERMINATION ONE (1)TIME USE.

THE INTENDED USER OF THIS APPRAISAL REPORT IS THE LENDER/CLIENT. THE INTENDED USE IS TO EVALUATE THE PROPERTY THAT IS THE SUBJECT OF THIS APPRAISAL FOR A MORTGAGE FINANCE TRANSACTION, SUBJECT TO THE STATED SCOPE OF WORK, PURPOSE OF THE APPRAISAL, REPORTING REQUIREMENTS OF THIS APPRAISL REPORT FORM AND DEFINITION OF MARKET VALUE. NO ADDITIONAL INTENDED USERS ARE IDENTIFIED BY THE APPRAISER.

THIS APPRAISAL WAS COMPLETED TO BE USED IN AN FHA LOAN TRANSACTION. THE INTENDED USERS ARE THE LENDER AND HUD/FHA ONLY. THE CLIENT MAY USE THIS APPRAISAL FOR A SINGLE LOAN DETERMINATION ONLY (1 TIME USE).

A "HEAD AND SHOULDERS" INSPECTION THROUGH THE ATTIC SCUTTLE WAS CONDUCTED WHICH REVEALED NO READILY OBSERVABLE CONSTRUCTION PROBLEMS. HOWEVER, THE UNDERSIGNED DOES NOT PURPORT TO BE AN EXPERT IN THIS AREA AND A THOROUGH, DETAILED INSPECTION WAS NOT CONDUCTED. AS A RESULT, THE CONCERNED READER IS ADVISED TO OBTAIN THE OPINION OF A LICENSED PROFESSIONAL.

THE SUBJECT PROPERTY CONFORMS WITH MINIMUM REQUIRED HUD STANDARDS.
UTILITIES WERE ON AT TIME OF INSPECTION.

CONDITION OF AIR-CONDITIONING:AVERAGE
CONDITION OF HEATER:AVERAGE
CONDITION OF PLUMBING:AVERAGE
CONDITION OF ELECTRICAL:AVERAGE
INSULATION: 4"
TAXES $335.83/MONTH
INSURANCE:$150.69/MONTH

REPAIRS REQUIRED:  REAR FENCE TO BE FIXED AND PAINTED OR REPLACED.  SIDE GATE TO BE FIXED AND PAINTED OR REPLACED.  GARAGE SIDE DOOR TO BE SANDED/PAINTED.  WATER HEATER REQUIRES DOUBLE STRAPS.  SMOKE DETECTOR REQUIRED OUTSIDE BEDROOMS.

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)    Site value based on extraction method as no reliable site sales are available. Ratio of site value to total value is typical for neighborhood. Cost factors are inclusive of all direct, indirect and developer profit.

**COST APPROACH**

ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW

Source of cost data  Marshall & Swift
Quality rating from cost service  Avg.    Effective date of cost data  Current
Comments on Cost Approach (gross living area calculations, depreciation, etc.)
See attached sketch exhibit for subject layout and building area calculations.  Site value based on extraction method as no reliable site sales are available.  Ratio of site value to total value is typical for neighborhood.  Cost factors are inclusive of all direct, indirect and developer profit.

| | | | | |
|---|---|---|---|---|
| OPINION OF SITE VALUE | | | =$ | 385,000 |
| DWELLING | 2,014 Sq.Ft. @ $ | 100.00 | =$ | 201,400 |
| | n/a Sq.Ft. @ $ | | =$ | |
| | | | =$ | |
| Garage/Carport | 373 Sq.Ft. @ $ | 60.00 | =$ | 22,380 |
| Total Estimate of Cost-New | | | =$ | 223,780 |
| Less | Physical | Functional | External | |
| Depreciation | 41,959 | | | =$( 41,959) |
| Depreciated Cost of Improvements | | | =$ | 181,821 |
| "As-is" Value of Site Improvements | | | =$ | 1,000 |

Estimated Remaining Economic Life (HUD and VA only)    65 Years    INDICATED VALUE BY COST APPROACH    =$    567,821

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

**INCOME**

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____    Indicated Value by Income Approach _____
Summary of Income Approach (including support for market rent and GRM)

### PROJECT INFORMATION FOR PUDs (if applicable)

**PUD INFORMATION**

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No    Unit type(s) ☒ Detached ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases _____ Total number of units _____ Total number of units sold _____
Total number of units rented _____ Total number of units for sale _____ Data source(s) _____
Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.
Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source
Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

## Uniform Residential Appraisal Report

File # fha Cs#048-5717255

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Uniform Residential Appraisal Report

File # fha Cs#048-5717255

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Uniform Residential Appraisal Report

File # fha Cs#048-5717255

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature  *Tessa Murray* | Signature |
| Name  Tessa Murray | Name |
| Company Name  Tessa Murray Appraisal | Company Name |
| Company Address  4549 Blackthorne Ave, Long Beach, CA  90808-1053 | Company Address |
| Telephone Number  (562) 421-2559 | Telephone Number |
| Email Address  tessa@tessamurrayappraisals.com | Email Address |
| Date of Signature and Report  November 06, 2009 | Date of Signature |
| Effective Date of Appraisal  11/4/2009 | State Certification # |
| State Certification #  AR009077 | or State License # |
| or State License # | State |
| or Other (describe) _____ State # | Expiration Date of Certification or License |
| State  CA | |
| Expiration Date of Certification or License  4/11/2011 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 8311 E Starcrest Ct | Date of Inspection |
| Anaheim, CA 92808-2623 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $  566,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name | COMPARABLE SALES |
| Company Name  RMC Vanguard Mortgage Corp. | |
| Company Address  1111 North Loop West, #250, Houston TX  77008 | ☐ Did not inspect exterior of comparable sales from street |
| Email Address | ☐ Did inspect exterior of comparable sales from street |
| | Date of Inspection |

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Uniform Residential Appraisal Report

File # fha Cs#048-5717255

| FEATURE | SUBJECT | COMPARABLE SALE #4 | | COMPARABLE SALE #5 | | COMPARABLE SALE #6 | |
|---|---|---|---|---|---|---|---|
| Address | 8311 E Starcrest Ct<br>Anaheim, CA 92808-2623 | 986 S. Sedona Lane<br>Anaheim, CA 92808 | | 8370 E. Quiet Canyon Court<br>Anaheim, CA 92808 | | 780 S. Starview Court<br>Anaheim, CA 92808 | |
| Proximity to Subject | | 0.48 miles N | | 0.16 miles NW | | 0.62 miles N | |
| Sale Price | $ 565,088 | | $ 585,000 | | $ 599,900 | | $ 574,000 |
| Sale Price/Gross Liv. Area | $ 280.58 sq.ft. | $ 263.04 sq.ft. | | $ 281.91 sq.ft. | | $ 305.32 sq.ft. | |
| Data Source(s) | | Realist/MLS | | MLS#P707034 | | MLS#P693122 | |
| Verification Source(s) | | Doc #399998   dom 6 | | dom 26 | | dom 129 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing<br>Concessions | | conv.<br>1st $395,000 | | active<br>listing | | backup<br>offers | |
| Date of Sale/Time | | 7/24/2009 coe | | n/a | -12,000 | n/a | -11,500 |
| Location | average | similar | | similar | | similar | |
| Leasehold/Fee Simple | Fee Simple | fee simple | | fee simple | | fee simple | |
| Site | 4,522 +/- s.f. | 4104 s.f | | 4106 s.f. | | 4662 s.f. | |
| View | None | none | | none | | none | |
| Design (Style) | two-story | similar | | similar | | similar | |
| Quality of Construction | average | similar | | similar | | similar | |
| Actual Age | 16 | 14 | | 17 | | 17 | |
| Condition | average | similar | | similar | | similar | |
| Above Grade | Total 7 Bdrms. 4 Baths 2.5 | Total 7 Bdrms. 4 Baths 2.5 | | Total 7 Bdrms. 4 Baths 2.5 | | Total 6 Bdrms. 3 Baths 2.5 | +4,000 |
| Room Count | | | | | | | |
| Gross Living Area | 2,014 sq.ft. | 2,224 sq.ft. | -8,500 | 2,128 sq.ft. | -4,500 | 1,880 sq.ft. | +5,500 |
| Basement & Finished<br>Rooms Below Grade | n/a | n/a | | n/a | | n/a | |
| Functional Utility | average | similar | | similar | | similar | |
| Heating/Cooling | fau/cac | fau/cac | | fau/cac | | fau/cac | |
| Energy Efficient Items | none noted | none noted | | none noted | | none noted | |
| Garage/Carport | 2 garage | 2 garage | | 2 garage | | 2 garage | |
| Porch/Patio/Deck | porch/patio | similar | | similar | | similar | |
| fireplace | fireplace | similar | | similar | | similar | |
| | | REO | | SHORT SALE | | STANDARD | |
| Net Adjustment (Total) | | ☐ + ☒ - | -8,500 | ☐ + ☒ - | -16,500 | ☐ + ☒ - | -2,000 |
| Adjusted Sale Price<br>of Comparables | | Net Adj. 1.5 %<br>Gross Adj. 1.5 % | $ 576,500 | Net Adj. 2.8 %<br>Gross Adj. 2.8 % | $ 583,400 | Net Adj. 0.3 %<br>Gross Adj. 3.7 % | $ 572,000 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #4 | COMPARABLE SALE #5 | COMPARABLE SALE #6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No prior sales w/n past | 1/20/2009 | No prior sales w/n past | No prior sales w/n past |
| Price of Prior Sale/Transfer | 36 months | $519,000 | 12 months | 12 months |
| Data Source(s) | Realist/Mls | Realist/MLS | Realist/MLS | Realist/Mls |
| Effective Date of Data Source(s) | 11/4/2009 | 11/4/2009 | 11/4/2009 | 11/4/2009 |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

Freddie Mac Form 70 March 2005

Fannie Mae Form 1004 March 2005

Form 1004.(AC) — "WinTOTAL" appraisal software by a la mode, inc. — 1–800-ALAMODE

Main File No. fha Cs#048-5717255 | Page #8

## Market Conditions Addendum to the Appraisal Report

File No. fha Cs#048-5717255

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 8311 E Starcrest Ct | City Anaheim | State CA | ZIP Code 92808-2623 |
|---|---|---|---|---|

Borrower   Janssen

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 16 | 8 | 8 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 2.67 | 2.67 | 2.67 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 40 | 19 | 8 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 15.0 | 7.1 | 3.0 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 580,225 | 562,500 | 563,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 48 | 85 | 23 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Comparable List Price | 588,000 | 567,250 | 570,000 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 107 | 82 | 40 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 98 | 99 | 98 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☐ Yes | ☒ No | | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).     Seller paid concessions do occur but are not prevalent

Are foreclosure sales (REO sales) a factor in the market?  ☒ Yes  ☐ No   If yes, explain (including the trends in listings and sales of foreclosed properties).
Foreclosures are present but not prevalent in the subject neighborhood.

Cite data sources for above information.     Realist/MLS

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
Conventional and FHA financing are prevalent in this market.  General market trends for the last 36 months have seen a decline in  home prices over this period due to a prevalence of lender owned (REO) and short pay sales.  Within the last several months, prices for homes have appeared to stabilize in in some neighborhoods increase due to increased affordability brought by price declines and homes receiving multiple offers.  Seasonal factors are also weighing in as the summer months typically bring increase sales activity nationwide.  Recent data shows a decrease in days on market and multiple offer situations becoming more common.

If the subject is a unit in a condominium or cooperative project , complete the following:    Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?  ☐ Yes  ☐ No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| Signature | | Signature | |
|---|---|---|---|
| Appraiser Name   Tessa Murray | | Supervisory Appraiser Name | |
| Company Name     Tessa Murray Appraisal | | Company Name | |
| Company Address  4549 Blackthorne Ave, Long Beach, CA 90808-105 | | Company Address | |
| State License/Certification #  AR009077    State  CA | | State License/Certification #     State | |
| Email Address  tessa@tessamurrayappraisals.com | | Email Address | |

Form 1004MC2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. fha Cs#048-5717255| Page #9

**Building Sketch**

| Borrower/Client | Janssen | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 8311 E Starcrest Ct | | | | | | |
| City | Anaheim | County | Orange | State | CA | Zip Code | 92808-2623 |
| Lender | RMC Vanguard Mortgage Corp. | | | | | | |



Sketch by Apex IV™

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 1025.0 | 1025.0 |
| GLA2 | Second Floor | 989.0 | 989.0 |
| GAR | Garage | 373.0 | 373.0 |
| | Net LIVABLE Area | (Rounded) | 2014 |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| First Floor | | |
| 27.0 x 34.0 | | 918.0 |
| 5.0 x 19.0 | | 95.0 |
| 1.0 x 12.0 | | 12.0 |
| Second Floor | | |
| 12.0 x 45.0 | | 540.0 |
| 2.0 x 45.0 | | 90.0 |
| 13.0 x 13.0 | | 169.0 |
| 10.0 x 19.0 | | 190.0 |
| 7 Items | (Rounded) | 2014 |

Main File No. tha Cs#048-5717255| Page #10

**Location Map**

| Borrower/Client | Janssen | | | | |
|---|---|---|---|---|---|
| Property Address | 8311 E Starcrest Ct | | | | |
| City | Anaheim | County | Orange | State | CA | Zip Code | 92808-2623 |
| Lender | RMC Vanguard Mortgage Corp. | | | | |



## Plat Map

| Borrower/Client | Janssen | | | | |
|---|---|---|---|---|---|
| Property Address | 8311 E Starcrest Ct | | | | |
| City | Anaheim | County | Orange | State CA | Zip Code 92808-2623 |
| Lender | RMC Vanguard Mortgage Corp. | | | | |



Main File No. fha Cs#048-5717255] Page #12

## Subject Photo Page

| Borrower/Client | Janssen | | | | |
|---|---|---|---|---|---|
| Property Address | 8311 E Starcrest Ct | | | | |
| City | Anaheim | County Orange | | State CA | Zip Code 92808-2623 |
| Lender | RMC Vanguard Mortgage Corp. | | | | |



### Subject Front

| | |
|---|---|
| 8311 E Starcrest Ct | |
| Sales Price | 565,088 |
| Gross Living Area | 2,014 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | average |
| View | None |
| Site | 4,522 +/- s.f. |
| Quality | average |
| Age | 16 |



### Subject Rear



### Subject Street

Main File No. fha Cs#048-5717255  Page #13

**Photograph Addendum**

| Borrower/Client | Janssen | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 8311 E Starcrest Ct | | | | | |
| City | Anaheim | County | Orange | State | CA | Zip Code 92808-2623 |
| Lender | RMC Vanguard Mortgage Corp. | | | | | |



side view



Main File No. fha Cs#048-5717255| Page #14

**Photograph Addendum**

| Borrower/Client | Janssen | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 8311 E Starcrest Ct | | | | | |
| City | Anaheim | County | Orange | State | CA | Zip Code  92808-2623 |
| Lender | RMC Vanguard Mortgage Corp. | | | | | |



Water Heater



Rear fence



Garage Door

## Photograph Addendum

| Borrower/Client | Janssen | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 8311 E Starcrest Ct | | | | | | |
| City | Anaheim | County | Orange | State | CA | Zip Code | 92808-2623 |
| Lender | RMC Vanguard Mortgage Corp. | | | | | | |



Side gate

## Subject Interior Photo Page

| Borrower/Client | Janssen |
|---|---|
| Property Address | 8311 E Starcrest Ct |
| City | Anaheim | County | Orange | State | CA | Zip Code | 92808-2623 |
| Lender | RMC Vanguard Mortgage Corp. |



**Subject Interior**

| 8311 E Starcrest Ct | |
|---|---|
| Sales Price | 565,088 |
| Gross Living Area | 2,014 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | average |
| View | None |
| Site | 4,522 +/- s.f. |
| Quality | average |
| Age | 16 |



**Subject Interior**



**Subject Interior**

## Subject Interior Photo Page

| Borrower/Client | Janssen | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 8311 E Starcrest Ct | | | | | |
| City | Anaheim | County | Orange | State | CA | Zip Code  92808-2623 |
| Lender | RMC Vanguard Mortgage Corp. | | | | | |



**Subject Interior**

8311 E Starcrest Ct

| | |
|---|---|
| Sales Price | 565,088 |
| Gross Living Area | 2,014 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | average |
| View | None |
| Site | 4,522 +/- s.f. |
| Quality | average |
| Age | 16 |



**Subject Interior**



**Subject Interior**

Main File No. fha Cs#048-5717255| Page #18

## Subject Interior Photo Page

| Borrower/Client | Janssen |
|---|---|
| Property Address | 8311 E Starcrest Ct |
| City | Anaheim | County | Orange | State | CA | Zip Code | 92808-2623 |
| Lender | RMC Vanguard Mortgage Corp. |



### Subject Interior

8311 E Starcrest Ct

| | |
|---|---|
| Sales Price | 565,088 |
| Gross Living Area | 2,014 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | average |
| View | None |
| Site | 4,522 +/- s.f. |
| Quality | average |
| Age | 16 |



### Subject Interior

### Subject Interior

## Comparable Photo Page

| | |
|---|---|
| Borrower/Client | Janssen |
| Property Address | 8311 E Starcrest Ct |
| City | Anaheim | County | Orange | State | CA | Zip Code | 92808-2623 |
| Lender | RMC Vanguard Mortgage Corp. |



### Comparable 1

8371 E. Quiet Canyon Court
| | |
|---|---|
| Prox. to Subject | 0.20 miles NW |
| Sales Price | 520,000 |
| Gross Living Area | 1,850 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.5 |
| Location | similar |
| View | none |
| Site | 4501 s.f. |
| Quality | similar |
| Age | 17 |



### Comparable 2

1007 S. Silver Star
| | |
|---|---|
| Prox. to Subject | 0.14 miles NW |
| Sales Price | 560,000 |
| Gross Living Area | 1,980 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.5 |
| Location | similar |
| View | none |
| Site | 6000 s.f. |
| Quality | similar |
| Age | 16 |



### Comparable 3

938 S. Silver Star Way
| | |
|---|---|
| Prox. to Subject | 0.25 miles NW |
| Sales Price | 591,000 |
| Gross Living Area | 2,120 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3 |
| Location | similar |
| View | none |
| Site | 5562 s.f. |
| Quality | similar |
| Age | 16 |

## Comparable Photo Page

| Borrower/Client | Janssen | | | | |
|---|---|---|---|---|---|
| Property Address | 8311 E Starcrest Ct | | | | |
| City | Anaheim | County | Orange | State CA | Zip Code 92808-2623 |
| Lender | RMC Vanguard Mortgage Corp. | | | | |



### Comparable 4

986 S. Sedona Lane
| | |
|---|---|
| Prox. to Subject | 0.48 miles N |
| Sales Price | 585,000 |
| Gross Living Area | 2,224 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | similar |
| View | none |
| Site | 4104 s.f. |
| Quality | similar |
| Age | 14 |



### Comparable 5

8370 E. Quiet Canyon Court
| | |
|---|---|
| Prox. to Subject | 0.16 miles NW |
| Sales Price | 599,900 |
| Gross Living Area | 2,128 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | similar |
| View | none |
| Site | 4106 s.f. |
| Quality | similar |
| Age | 17 |



### Comparable 6

780 S. Starview Court
| | |
|---|---|
| Prox. to Subject | 0.62 miles N |
| Sales Price | 574,000 |
| Gross Living Area | 1,880 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.5 |
| Location | similar |
| View | none |
| Site | 4662 s.f. |
| Quality | similar |
| Age | 17 |

# EXHIBIT "C"

B6A (Official Form 6A) (12/07)

In re  **Guy David Hugaert,**
       **Amy Suzanne Hugaert**
                                                                    Case No. _____

_____
                        Debtors

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence: single family dwelling**<br>**Location: 8311 E Starcrest Ct**<br>**Anaheim, CA 92808** | | **W** | **575,000.00** | **450,000.00** |

|  | Sub-Total > | **575,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **575,000.00** |  |

   **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

# EXHIBIT "D"

B6D (Official Form 6D) (12/07)

In re    **Guy David Hugaert**                                Case No. _____

          **Amy Suzanne Hugaert**

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx9110** <br><br> **American Honda Finance** <br> **6261 Katella Ave Ste 1a** <br> **Cypress, CA 90630** | | C | 12/2004 <br><br> car loan <br><br> Auto: 2005 Honda Pilot <br><br> Value $     **10,000.00** | | | | 2,733.00 | 0.00 |
| Account No. **xxxxxx4831** <br><br> **Indy Mac Bank** <br> **6900 Beatrice Drive** <br> **Kalamazoo, MI 49009** | | C | 01/2008 <br><br> Deed of Trust 1st <br><br> Residence: single family dwelling <br> Location: 8311 E Starcrest Ct <br> Anaheim, CA 92808 <br> Value $     **575,000.00** | | | X | 450,000.00 | 0.00 |
| Account No. <br><br> **Streelman D.O. Inc.** <br> **215C North State College Blvd.** <br> **Anaheim, CA 92806** | | C | 2/2009 <br><br> Private car loan <br><br> Auto: 2007 Toyota Solara <br><br> Value $     **15,000.00** | | | | 20,000.00 | 5,000.00 |
| Account No. <br><br><br><br><br><br> | | | <br><br><br><br><br> Value $ | | | | | |

**0**    continuation sheets attached

Subtotal    | 472,733.00 | 5,000.00
(Total of this page)

Total    | 472,733.00 | 5,000.00
(Report on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

# EXHIBIT "E"

B6C (Official Form 6C) (12/07)

In re    **Guy David Hugaert,**                                                  Case No._____
         **Amy Suzanne Hugaert**
         _____ ,
                                      Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Residence: single family dwelling Location: 8311 E Starcrest Ct Anaheim, CA 92808 | C.C.P. § 704.730 | 75,000.00 | 575,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Bank Account: checking & saving account Location: FIG FCU 4680 Wilshire Boulevard Los Angeles, CA 90010-3898 | C.C.P. § 704.070 | 1,000.00 | 1,000.00 |
| Bank Account: checking account Location: Citibank 21530 Yorba Linda Blvd Yorba Linda, CA, United States 92887 | C.C.P. § 704.070 | 1,000.00 | 1,000.00 |
| **Household Goods and Furnishings** | | | |
| Furniture: sofas, tables, chairs, beds, dressers | C.C.P. § 704.020 | 25,000.00 | 25,000.00 |
| Household: cleaning products, personal hygene | C.C.P. § 704.020 | 1,000.00 | 1,000.00 |
| Appliances: 2 refrigerators | C.C.P. § 704.020 | 1,000.00 | 1,000.00 |
| Office: 2 dell desktops and 1 gateway laptop | C.C.P. § 704.020 | 2,000.00 | 2,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books-Music: books & cd's | C.C.P. § 704.040 | 200.00 | 200.00 |
| **Wearing Apparel** | | | |
| Clothes: personal clothes | C.C.P. § 704.020 | 25,000.00 | 25,000.00 |
| **Furs and Jewelry** | | | |
| Jewelry: watches, rings, necklaces | C.C.P. § 704.040 | 3,000.00 | 3,000.00 |
| Wedding Ring: wedding ring | C.C.P. § 704.040 | 3,000.00 | 3,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Sports-Hobby: baseball & football equipment | C.C.P. § 704.020 | 2,000.00 | 2,000.00 |
| Firearms: 12 Ga. shotgun | C.C.P. § 704.040 | 100.00 | 100.00 |
| Trade Tools: Misc. Tools | C.C.P. § 704.060 | 100.00 | 100.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Retirement: 401k Location: Great - West 8515 E. Orchard Road Greenwood Village, CO 80111 | C.C.P. § 704.115(a)(1) & (2), (b) | 65,000.00 | 65,000.00 |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re  **Guy David Hugaert,**
**Amy Suzanne Hugaert**

Case No. _____

_____,
Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **Auto: 1997 Chevy s10 PU** | **C.C.P. § 704.010** | **2,550.00** | **3,000.00** |

| | Total: | 206,950.00 | 707,400.00 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

# EXHIBIT "F"

ESTIMATED SETTLEMENT STATEMENT ........ Department of Housing
and Urban Development

| B | Type of Loan: | 6. | File Number: | 7. | Loan Number: | 8. | Mortgage Insurance Case Number: |
|---|---|---|---|---|---|---|---|
| | | | 115410069 | | | | |

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown.
Items marked (P.O.C.) were paid outside closing; they are shown here for informational purposes and are not included in the totals.

| D. Name of Buyer(s): | E. Name of Seller(s): |
|---|---|
| Andrew J. Janssen and Angelie M. Abando | Amy Hugaert |

**F. Name of Lender(S):**

| G. Property Location: | H. Settlement Agent: | |
|---|---|---|
| 8311 East Starcrest Court ANAHEIM CA 92808-2623 | Integr8tive Solutions, Inc. Escrow Division  (949)34 | I. SETTLEMENT DATE |
| | Place of Settlement | 11/30/2009 |
| | 18 Technology #104 Irvine CA 92618 | |

| J. Summary of Buyer's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100  Gross Amount Due From Buyer** | | **400   Gross Amount Due To Seller** | |
| 101 | | 401   Contract Sales Price | $565,088.00 |
| 102 | | 402   Personal Property | |
| 103 | | 403 | |
| 104 | | 404 | |
| 105 | | 405 | |
| **Adjustments for items paid by Seller in advance** | | **Adjustments for items paid by Seller in advance** | |
| 106 | | 406 | |
| 107 | | 407 | |
| 108 | | 408 | |
| 109 | | 409 | |
| 110 | | 410 | |
| 111 | | 411 | |
| 112 | | 412 | |
| 113 | | 413 | |
| 114 | | 414 | |
| 115 | | 415 | |
| **120  Gross Amount Due from Buyer** | | **420   Gross Amount Due To Seller** | $565,088.00 |
| **200  Amounts Paid By Or In Behalf Of Buyer** | | **500   Reduction in Amount Due To Seller** | |
| 201 | | 501   Excess Deposit | |
| 202 | | 502   Settlement Charges | $47,079.73 |
| 203 | | 503   Existing Loan Remaining | |
| 204 | | 504   Loan Paid Off - IndyMac | $450,449.23 |
| 205 | | 505 | |
| 206 | | 506 | |
| 207 | | 507 | |
| 208 | | 508 | |
| 209 | | 509 | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210 | | 510 | |
| 211 | | 511 | |
| 212 | | 512 | |
| 213 | | 513 | |
| 214 | | 514 | |
| 215 | | 515 | |
| 216 | | 516 | |
| 217 | | 517 | |
| 218 | | 518 | |
| 219 | | 519 | |
| 220 | | 520 | |
| 221 | | 521 | |
| **222  Total Paid By Buyer** | | **522   Total Reduction** | $497,528.96 |
| **300  Cash At Settlement From/To Buyer** | | **600   Cash At Settlement To/From Seller** | |
| 301  Gross amount due from Buyer | | 601   Gross amount due to Seller | |
| (Line 120)----------------> | | (Line 420)----------------> | $565,088.00 |
| 302  Less amounts paid by/for Buyer | | 602   Less reductions amount due Seller | |
| (Line 222)----------------> | | (Line 522)----------------> | $497,528.96 |
| 303 | | 603   Cash To Seller | $67,559.04 |

**THIS IS AN ESTIMATED STATEMENT AND ALL FIGURES ARE SUBJECT TO CHANGE AND VERIFICATION AT CLOSING.**

| L. Settlement Charges | | PAID FROM BORROWER'S FUNDS | PAID FROM SELLER'S FUNDS |
|---|---|---|---|
| **700.** Total Sales/Broker's Commission based on price $565,088.00 @ 6.00 % = $33,905.28 | | | |
| Division of Commission (line 700) as follows: | | | |
| **701.** $14,127.20 to Integr8tive Solutions Inc. | | | |
| **702.** $19,778.08 to Rouland Realty Group | | | |
| **703.** Commission paid at Settlement | | | $33,905.28 |
| **704.** | | | |
| | | | |
| **800. Items Payable In Connection With Loan:** | | | |
| **801.** Origination Fee to: 0.00 % | | | |
| **802.** 0.00 % | | | |
| **803.** Appraisal Fee to: | | | |
| **804.** Credit Report Fee to: | | | |
| **805.** Processing Fee to: | | | |
| **806.** Tax Service Fee to: | | | |
| **807.** | | | |
| **808.** | | | |
| **809.** | | | $.00 |
| **810.** | | | |
| **811.** | | | |
| | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE:** | | | |
| **901.** Interest from to @ $0.00 /day | | | |
| **902.** Mortgage Insurance Premium for 0 months | | | |
| **903.** Hazard Insurance Premium 0/yr to | | | |
| **904.** Flood Insurance Premium | | | |
| **905.** | | | |
| | | | |
| **1000. RESERVES DEPOSITED WITH LENDER:** | | | |
| **1001.** Hazard Insurance for 0 months @ $0.00 /mo | | | |
| **1002.** Mortgage Insurance for 0 months @ $0.00 /mo | | | |
| **1003.** City Property Taxes for 0 months @ $0.00 /mo | | | |
| **1004.** County property Taxes for 0 months @ $0.00 /mo | | | |
| **1005.** Annual Assessment for 0 months @ $0.00 /mo | | | |
| **1006.** Flood Insurance Reserve | | | |
| | | | |
| **1100. TITLE CHARGES:** | | | |
| **1101.** Escrow Fee To: Integr8tive Solutions, escrow div | | | $2,485.35 |
| **1102.** Doc prep fee | | | $150.00 |
| **1103.** Email doc fee | | | |
| **1104.** Wire fee | | | $35.00 |
| **1105.** Messenger fees | | | $75.00 |
| **1106.** Notary fee, est | | | |
| **1107.** Escrow pad | | | $350.00 |
| **1108.** Title Insurance To: | | | $1,980.00 |
| **1109.** Lender's Coverage | | | |
| **1110.** Owner's Coverage | | | |
| **1111.** Sub Escrow fee | | | $62.50 |
| **1112.** Courier fee | | | $50.00 |
| **1113.** Endorsement fee | | | |
| | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES:** | | | |
| **1201.** Recordings: Deed Mtg. Rel. | | | $100.00 |
| **1202.** County Tax Stamps: Deed $621.60 Mtg. | | | $621.60 |
| **1203.** City Tax Stamps: Deed Mtg. | | | |
| **1204.** | | | |
| **1205.** | | | |
| | | | |
| **1300. ADDITIONAL CHARGES:** | | | |
| **1301.** Zone disclosures, est | | | $130.00 |
| **1302.** Pest Inspection to: est | | | $4,500.00 |
| **1303.** Home Warranty,est | | | $450.00 |
| **1304.** HOA dues | | | $170.00 |
| **1305.** 1st half of 09/10 property taxes | | | $2,015.00 |
| **1306** | | | |
| | | | |
| **1400** TOTAL SETTLEMENT CHARGES | | | $47,079.73 |

Order: 115410069

Forwarding Address: _____

THIS IS AN ESTIMATED STATEMENT AND ALL FIGURES ARE SUBJECT TO CHANGE AND VERIFICATION AT CLOSING.

_____
Amy Hugaert

_____
Andrew J. Janssen

Angelie M. Abando