GERALD WOLFE (SBN 180599)
6B LIBERTY, SUITE 210
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE (949)257-0961
FACSIMILE (949)878-4840

ATTORNEY FOR DEBTORS
GUY HUGAERT,
AMY HUGAERT

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>GUY HUGAERT<br>AMY HUGAERT<br><br>        Debtors, | ) CASE NO. 8:09-BK-19817-RK<br>)<br>) CHAPTER: 7<br>) JUDGE: ROBERT N. KWAN<br>)<br>) NOTICE OF ERRATA RE: PROOF OF<br>) SERVICE OF MOTION AUTHORIZING<br>) ABANDONMENT OF REAL PROPERTY<br>) AND RE: DECLARATION IN SUPPORT OF<br>) MOTION AUTHORIZING<br>) ABANDONMENT OF REAL PROPERTY<br>)<br>)<br>) DATE: December 15, 2009<br>) TIME:. 2:30 PM<br>) COURTROOM: 5D<br>)<br>) |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 25, 2009, Debtors electronically filed and mailed through United States Mail a Motion Authorizing Abandonment of Real Property ("Motion"); Memorandum of Points and Authorities; and Declaration from Attorney Gerald Wolfe in support of Motion.

1    The proof of service for the Motion that was filed on November 25, 2009 incorrectly

2    stated in the caption the incorrect name and case number of Debtors.  The revised proof of

3    service with the correct caption is attached hereto as Exhibit A.

4    Also, the Declaration for Attorney Gerald Wolfe was incorrectly titled "Declaration of

5    Gerald Wolfe in Support of Motion to Avoid Lien."  This error appears in the title line of the

6    declaration at the top of the declaration page.  The Declaration in support of Motion should read

7    "Declaration of Gerald Wolfe In Support of Motion Authorizing Abandonment of Real

8    Property."  The corrected document is attached hereto as Exhibit B.

9    Counsel for Debtors apologizes for any inconvenience.

12    Dated: November 30, 2009                    THE LAW OFFICE OF GERALD WOLFE

14                                            By: /s/ Gerald Wolfe
                                                 Attorney for Debtors

# EXHIBIT "A"

| In re: GUY HUGAERT AND AMY HUGAERT | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 8:09-bk-19817-RK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
The Law Office of Gerald Wolfe
6B Liberty Suite 210
Aliso Viejo, CA 92656

A true and correct copy of the foregoing document described _____ NOTICE OF MOTION AND MOTION AUTHORIZING ABANDONMENT OF REAL PROPERTY; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF GERALD WOLFE IN SUPPORT OF _____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **11/30/09**_____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Karen S. Naylor**                                    **United States Trustee (SA)**
acanzone@burd-naylor.com                    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **11/30/2009**_____I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Judge Robert Kwan, United States Bankruptcy Court, 411 West Fourth Street, Suite 5165 Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

11/30/2009            Samer Nahas

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          **F 9013-3.1**

# EXHIBIT "B"

1
## DECLARATION OF GERALD WOLFE IN SUPPORT OF MOTION AUTHORIZING

2
## ABANDONMENT OF REAL PROPERTY

3

4 I, Gerald Wolfe, declare as follows:

5

6   1.  I am counsel of record for Amy and Guy Hugaert in this bankruptcy case, Case No. 8:09-

7       bk-19817-RK

8   2.  The statements made herein are from facts within my personal knowledge, and, if called

9       as a witness, I could and would testify competently thereto.

10  3.  Attached as Exhibit "A" is a true and correct copy of a residential appraisal report.

11  4.  Attached as Exhibit "B" is a true and correct copy of a residential appraisal report.

12  5.  Attached as Exhibit "C" is schedule A of debtors bankruptcy petition.

13  6.  Attached as Exhibit "D" is schedule D of debtors bankruptcy petition.

14  7.  Attached as Exhibit "E" is schedule C of debtors bankruptcy petition.

15  8.  Attached as Exhibit "F" is an Estimated Settlement Statement from the United States

16      Department of Housing and Urban Development.

17

18 I declare under penalty of perjury under the laws of the State of California

19

20 Executed this 30th day of November 2009 at Aliso Viejo,  California

21

22   /s/ Gerald Wolfe

23 Gerald Wolfe, declarant

24

25

26

27

28

| In re: GUY HUGAERT AND AMY HUGAERT | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 8:09-bk-19817-RK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
The Law Office of Gerald Wolfe
6B Liberty Suite 210
Aliso Viejo, CA 92656

A true and correct copy of the foregoing document described _____ **NOTICE OF ERRATA RE: DECLARATION IN SUPPORT OF MOTION AUTHORIZING ABANDONMENT OF REAL PROPERTY AND RE: PROOF OF SERVICE OF MOTION AND MOTION AUTHORIZING ABANDONMENT OF REAL PROPERTY** _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **11/30/09** _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Karen S. Naylor**                            **United States Trustee (SA)**
acanzone@burd-naylor.com          ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On __11/30/2009__ _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Judge Robert Kwan, United States Bankruptcy Court, 411 West Fourth Street, Suite 5165 Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| 11/30/2009 | Samer Nahas | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                              **F 9013-3.1**